

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
02/15/2011

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| Seahawk Drilling, Inc., | § | Case No.: 11-20089 |
| Seahawk Mexico Holdings LLC, | § | Case No.: 11-_____ |
| Seahawk Drilling Management LLC, | § | Case No.: 11-_____ |
| Seahawk Offshore Management LLC, | § | Case No.: 11-_____ |
| Energy Supply International LLC, | § | Case No.: 11-_____ |
| Seahawk Drilling LLC, | § | Case No.: 11-_____ |
| Seahawk Global Holdings LLC, and | § | Case No.: 11-_____ |
| Seahawk Drilling USA LLC, | § | Case No.: 11-_____ |
| Debtors. | § | Motion for Joint Administration Pending |

## ORDER ESTABLISHING NOTICE PROCEDURES

Upon consideration of the motion filed by the above-captioned Debtors[1] to limit notice and establish notice procedures (the "**Motion**"), and after finding that good and sufficient notice of the Motion having been given and no other notice is necessary; and having determined that the relief sought in the Motion is appropriate in these cases and in the best interest of the Debtors, their creditors and all parties-in-interest; and after due deliberation and after finding sufficient cause therefore, the Court hereby GRANTS the Motion in its entirety for the reasons set forth therein; it is THEREFORE

ORDERED that the Motion is granted; and it is further

ORDERED that the Notice Procedures set forth in the Motion and this Order (the "**Notice Procedures**") shall govern all aspects of the Debtors' chapter 11 cases; and it is further

---

[1] All capitalized terms not defined herein shall have the meaning provided in the Motion.

ORDERED that any creditor, equity interest holder, or party-in-interest that wishes to receive notice in these cases and is not otherwise entitled to notice pursuant to these Procedures shall file a notice of appearance (a "**Notice of Appearance**") and request for serve of papers in accordance with Bankruptcy Rules 2002 and 9010(b); and it is further

ORDERED that a Notice of Appearance shall include the following information: (i) the party's name and address; (ii) the name of the client, if applicable; (iii) an e-mail address at which the requesting party may be served; (iv) an address by which the requesting party may be served by U.S. mail, hand delivery, and overnight delivery; and (v) a facsimile number for the requesting party. Notwithstanding Bankruptcy Rules 2002 and 9019(b), no request for service filed in the chapter 11 cases shall be honored unless the foregoing requirements are satisfied; and it is further

ORDERED that the Debtors shall serve a printed copy of this Order upon all parties on the Master Service List attached to the Debtors' Motion as **Exhibit A** on the date this Order is entered or as soon thereafter as is practicable, which Order shall be posted on the following website maintained by the Debtors in connection with these chapter 11 cases: www.kccllc.net/seahawk; and it is further

ORDERED that, to the extent the Notice Procedures set forth in the Motion and this Order conflict with the Bankruptcy Code, any applicable federal or Local Rules, or ordered entered by this Court, the Notice Procedures shall supersede such rules or orders; and it is further

ORDERED that the Debtors are authorized to keep and maintain a single Master Service List (as defined in the Motion) in these cases; and it is further

ORDERED that the Debtors' Master Service List shall be limited to: (a) the Debtors and the Debtors' professionals; (b) the Debtors' claims agent; (c) the U.S. Trustee; (d) Natixis, New York Branch, as Administrative Agent for the Lenders; (e) the 30 largest unsecured creditors on

the Debtors on a consolidated basis; (f) the U.S. Trustee for the Southern District of Texas; (g) the U.S. Attorney's Office; (h) the Securities and Exchange Commission; (i) the Internal Revenue Service; (j) other government agencies, national, state and local, to the extent required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure or Local Rules; (k) all statutory committees appointed in these cases; (l) all parties requesting notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and (m) all parties on whom the Court orders notice; and it is further

ORDERED that the Debtors shall file an updated Master Service List: (i) every seven (7) days during the first thirty (30) calendar days of these cases; (ii) every fifteen (15) days during the next sixty (60) calendar days, and (iii) monthly thereafter throughout the pendency of these cases. The Debtors shall file a notice with the Court for each updated Master Service List; and it is further

ORDERED that each party listed on the Master Service List shall be served with a copy of every motion, application, notice, brief, objection, response, memorandum, affidavit, declaration, or other writing filed in these Reorganization Cases (including notices and orders entered by the Court, but not including proofs of claim or proofs of interest) (collectively, "**Filings**"); and it is further

ORDERED that any entity not listed on the Master Service List, but whose rights or interests are directly affected by a particular Filing, shall be served with a copy of such Filing; and it is further

ORDERED that, the proceedings with respect to which notice would be limited to the Master Service List shall include all matters covered by Federal Rule of Bankruptcy Procedure 2002, with the exception of the following: (i) this Order approving the Notice Procedures; (ii) notice of the first meeting of creditors pursuant to section 341 of the Bankruptcy Code; (iii) the

time fixed for filing proofs of claim pursuant to Federal Rule of Bankruptcy Procedure 3003(c); (iv) the time fixed for filing objections to, and the hearings to consider, approval of a disclosure statement and confirmation of a plan of reorganization; and (v) notice and transmittal of ballots for accepting or rejection a plan of reorganization. Notice of the foregoing excepted matters shall be given to all parties-in-interest listed on the Debtors' Consolidated Creditor Matrix; and it is further

ORDERED that the Debtors may serve any pleadings or papers required to be served by the Notice Procedures by either first-class U.S. mail, e-mail, or facsimile (the choice of the foregoing being in the Debtors' sole discretion); and it is further

ORDERED that, upon the completion of noticing any particular matter, the party seeking relief shall file with the Court either an affidavit of service or a certification of service attaching the list of parties that received notice within three (3) business days of service; and it is further

ORDERED that the Debtors may amend the Notice Procedures from time to time throughout the Debtors' chapter 11 cases and shall present such amendments to the Court by motion in accordance with this Order; and it is further

ORDERED that this Order shall be immediately effective upon entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

SIGNED this 14th day of February, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE