# EXHIBIT 1 TO SALE HEARING NOTICE
### Cure Amounts for the Assumed Contracts

The attached list provides the Debtors' designation of cure amounts of Assumed Contracts[1] that the Purchasers may assume. At least three Business Days prior to the closing Date, the Purchasers may designate any contracts that would otherwise be an Assumed Contract as a contract to be excluded from the Purchased Assets for purposes of Section 2.1(b) of the Asset Purchase Agreement, dated February 11, 2011. The Debtors will provide notice of any such exclusion to the party to the Assumed Contract within five (5) business days after the Closing Date.

---

[1] Unless otherwise noted, all capitalized terms shall have the meaning set forth in the Sale Hearing Notice to which this Exhibit 1 is attached.

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| A & H ARMATURE WORKS INC | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $9,914.00 |
| A & L REPAIR SERVICES, LLC | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| ACE USA | INSURANCE POLICY<br>FOREIGN ONSHORE CASUALTY POLICY<br>POLICY NO. PHF D37500549 | $0.00 |
| ANGEL AIR REPAIR & SPECIALTY COMPANY | SERVICE AGREEMENT<br>PNEUMATIC REPAIRS, SALES AND SERVICING AGREEMENT AND RELATED AMENDMENTS<br>CONTRACT START DATE:06/01/2009 | $0.00 |
| ARAMARK US OFFSHORE SERVICES, LLC | CATERING AGREEMENT<br>RIG-BASED CATERING SERVICES AGREEMENT<br>CONTRACT START DATE:03/15/2010 | $0.00 |
| ARENA OFFSHORE | DRILLING CONTRACT<br>SEAHAWK 2602 (PRIDE MISSOURI) DRILLING AGREEMENT<br>CONTRACT START DATE:12/03/2010 | $0.00 |
| ARENA OFFSHORE | DRILLING CONTRACT<br>SEAHAWK 3000 (PRIDE TEXAS) DRILLING SERVICES AGREEMENT<br>CONTRACT START DATE:7/28/2010 | $0.00 |
| ASPEN INSURANCE UK | INSURANCE POLICY<br>GENERAL LIABILITY POLICY<br>POLICY NO. MS-S3383 (MSW) | $0.00 |
| ASPEN INSURANCE UK | INSURANCE POLICY<br>PRIMARY EXCESS POLICY<br>POLICY NO. MS-S3385 (MSW) | $0.00 |
| ASPEN INSURANCE UK | INSURANCE POLICY<br>PROTECTION & INDEMNITY POLICY<br>POLICY NO. MS-S3384 (MSW) | $0.00 |
| AT&T | SERVICE AGREEMENT<br>VOICE/DATA STANDARD SERVICES AGREEMENT AT THE BROUSSARD LOCATION<br>CONTRACT START DATE:01/28/2010 | $10,274.51 |
| AT&T | SERVICE AGREEMENT<br>WIRELESS SERVICES AGREEMENT<br>CONTRACT START DATE:05/08/2009 | $0.00 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| AXIS INSURANCE COMPANY | INSURANCE POLICY<br>EMPLOYMENT PRACTICES LIABILITY POLICY<br>POLICY NO. MHN719759012010 | $0.00 |
| AXON ENERGY PRODUCTS AS | MASTER SERVICE AGREEMENT<br>PARENT OF CHURCH SERVICES<br>& DRILLING CONTROLS SERVICING<br>AGREEMENT AND BOP CERTIFICATIONS<br>CONTRACT START DATE:06/16/2010 | $0.00 |
| BADGER OIL | DRILLING CONTRACT<br>SEAHAWK 3000 (PRIDE TEXAS) DRILLING<br>SERVICES AGREEMENT<br>CONTRACT START DATE:6/28/2010 | $0.00 |
| BEAZLEY LLOYD'S SYNDICATE | INSURANCE POLICY<br>2ND EXCESS D&O LIABILITY POLICY<br>POLICY NO. D100123 | $0.00 |
| BLUE CROSS AND BLUE SHIELD OF TEXAS | THIRD PARTY PROFESSIONAL AGREEMENT<br>CLAIMS ADMINISTRATION SERVICES<br>AGREEMENT WITH BCBS<br>CONTRACT START DATE:01/01/2010 | $0.00 |
| BOHEN CRANE AND EQUIPMENT REPAIR, LLC | SERVICE AGREEMENT<br>STORAGE AND BROKERAGE SERVICE<br>AGREEMENT RELATING TO TWO CRANES<br>CONTRACT START DATE:06/07/2010 | $0.00 |
| BUSINESSSOLVER, INC. | SERVICE AGREEMENT<br>HR BENEFITS CONSULTING SERVICES<br>AGREEMENT<br>CONTRACT START DATE:07/07/2009 | $0.00 |
| BUSINESSSOLVER.COM, INC. | SERVICE CONTRACT<br>BUSINESS ASSOCIATE AGREEMENT<br>CONTRACT START DATE: 11/05/2009 | $0.00 |
| BUSINESSSOLVER.COM, INC. | SERVICE CONTRACT<br>COBRA INSURANCE ADMINISTRATIVE<br>SERVICES AGREEMENT<br>CONTRACT START DATE: 10/05/2009 | $0.00 |
| BUSINESSSOLVER.COM, INC. | SERVICE CONTRACT<br>ENROLLMENT AND ELIGIBILITY SERVICES<br>AGREEMENT<br>CONTRACT START DATE: 10/05/2009 | $0.00 |
| CAD CONTROL SYSTEMS | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $9,754.65 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| CAPGEMINI U.S., LLC | SERVICE AGREEMENT<br>MASTER SERVICE AGREEMENT<br>CONTRACT START DATE:01/15/2010 | $30,000.00 |
| CAPGEMINI U.S., LLC | STATEMENT OF WORK<br>NETWORK AND SERVER HOSTING AGREEMENT<br>CONTRACT START DATE:03/19/2010 | $0.00 |
| CAPGEMINI U.S., LLC | STATEMENT OF WORK<br>SAP SUPPORT SERVICES AGREEMENT<br>CONTRACT START DATE:05/07/2010 | $0.00 |
| CAPGEMINI U.S., LLC | STATEMENT OF WORK<br>SAP INSTALLATION & TRAINING SERVICES AGREEMENT<br>CONTRACT START DATE:02/15/2010 | $0.00 |
| CAPGEMINI U.S., LLC | CONFIDENTIALITY AGREEMENT<br>NON-DISCLOSURE AGREEMENT RELATING TO A POTENTIAL TRANSACTION WITH THE COMPANY<br>CONTRACT START DATE:01/12/2010 | $0.00 |
| CHEVRON U.S.A. | DRILLING CONTRACT<br>SEAHAWK 2601 (PRIDE KANSAS) DRILLING AGREEMENT<br>CONTRACT START DATE:11/13/2010 | $0.00 |
| CHURCH ENERGY SERVICES LTD. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| COGENT COMMUNICATIONS, INC. | SERVICE AGREEMENT<br>TELECOMMUNICATIONS SERVICES AGREEMENT<br>CONTRACT START DATE:02/19/2010 | $0.00 |
| COMCAST | SERVICE AGREEMENT<br>BUSINESS CLASS TELEVISION COMMERCIAL SERVICES AGREEMENT<br>CONTRACT START DATE:02/25/2010 | $52.56 |
| CONTINENTAL CASUALTY COMPANY | INSURANCE POLICY<br>BOILER & MACHINERY POLICY<br>POLICY NO. 4015463105 | $0.00 |
| CONTINENTAL INSURANCE COMPANY (CNA) | INSURANCE POLICY<br>COMMERCIAL CRIME POLICY<br>POLICY NO. 28742635 | $0.00 |
| COX BUSINESS | SERVICE AGREEMENT<br>INTERNET SERVICES FOR THE BROUSSARD, LA FIELD OFFICE<br>CONTRACT START DATE:12/01/2009 | $124.00 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| DISCOVERY BENEFITS, INC. | SERVICE AGREEMENT<br>AGREEMENT FOR THE ESTABLISHMENT AND OPERATION OF SEAHAWK'S CAFETERIA PLAN, HEALTH FSA AND DEPENDENT CARE FSA<br>CONTRACT START DATE:01/01/2010 | $0.00 |
| DON ABNEY, INC. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| ENERGY XXI | DRILLING CONTRACT<br>SEAHAWK 3000 (PRIDE TEXAS) DRILLING SERVICES AGREEMENT<br>CONTRACT START DATE:07/05/2010 | $0.00 |
| ENI | DRILLING CONTRACT<br>SEAHAWK 2001 (PRIDE ARKANSAS) DRILLING SERVICES AGREEMENT<br>CONTRACT START DATE:11/22/2010 | $0.00 |
| FEDERAL INSURANCE COMPANY | INSURANCE POLICY<br>NON-OWNED AIRCRAFT POLICY<br>POLICY NO. 9958175901 | $0.00 |
| FEDERAL INSURANCE COMPANY (CHUBB) | INSURANCE POLICY<br>PRIMARY DIRECTORS & OFFICERS (D&O) LIABILITY POLICY<br>POLICY NO. 82121337 | $0.00 |
| GALLAGHER BENEFIT SERVICES, INC. | SERVICE CONTRACT<br>CONSULTING SERVICES AGREEMENT<br>CONTRACT START DATE: 06/10/2009 | $0.00 |
| HALL HOUSTON OIL CO. | CUSTOMER CONTRACT | $0.00 |
| HCC SPECIALTY INSURANCE COMPANY | INSURANCE POLICY<br>FIDUCIARY LIABILITY POLICY<br>POLICY NO. 34-SMG-10-A5351 | $0.00 |
| HM LIFE INSURANCE COMPANY | INSURANCE POLICY<br>LIFE INSURANCE POLICY | $0.00 |
| HM LIFE INSURANCE COMPANY | INSURANCE POLICY<br>STOP LOSS INSURANCE AGREEMENT<br>CONTRACT START DATE: 01/01/2011 | $0.00 |
| ILLINOIS NATIONAL INSURANCE COMPANY (CHARTIS) | INSURANCE POLICY<br>3RD EXCESS D&O LIABILITY POLICY<br>POLICY NO. 04-778-81-28 | $0.00 |
| INFOSTAT SYSTEMS, INC. | LICENSING AGREEMENT<br>RIMDRILL SOFTWARE PROGRAM LICENSING AGREEMENT<br>CONTRACT START DATE:06/01/2009 | $954.00 |
| INTEGRICERT LLC | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $350.00 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC. | SERVICE CONTRACT<br>CUSTOMER AGREEMENT<br>CONTRACT START DATE:10/29/2009 | $1,576.85 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC. | SERVICE CONTRACT<br>SECURE SHREDDING SERVICES AGREEMENT<br>CONTRACT START DATE:09/18/2009 | $0.00 |
| LLOG | CUSTOMER CONTRACT | $0.00 |
| LLOYD'S OF LONDON AND SYNDICATES | INSURANCE POLICY<br>$100M XS $100M POLICY<br>POLICY NO. MS-S3395 (MSW) | $0.00 |
| LLOYD'S OF LONDON AND SYNDICATES | INSURANCE POLICY<br>MARINE PACKAGE (SECT II) POLICY<br>POLICY NO. MS-S3394 (MSW) | $0.00 |
| LLOYD'S OF LONDON AND SYNDICATES | INSURANCE POLICY<br>MARINE PACKAGE POLICY<br>POLICY NO. MS-S3394 (MSW) | $0.00 |
| MAD LTD. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| MANAGED HEALTH NETWORK | SERVICE CONTRACT<br>EMPLOYEE ASSISTANCE PROGRAM SERVICES AGREEMENT<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| MARINE SYSTEMS, INC. | MASTER SERVICE AGREEMENT<br>DIESEL ENGINE REPAIR SERVICES AGREEMENT<br>CONTRACT START DATE:11/02/2009 | $24,462.77 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | SERVICE AGREEMENT<br>INSURANCE - AUTOMATIC SERVICES AGREEMENT<br>CONTRACT START DATE:11/24/2009 | $0.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | SERVICE AGREEMENT<br>PROVIDES DETAILED OUTLINE OF ALL OF THE ADMINISTRATIVE SERVICES THAT ARE TO BE PERFORMED UNDER THE AGREEMENT<br>CONTRACT START DATE:01/01/2010 | $0.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | EMPLOYEE BENEFIT PLAN<br>401(K) BENEFIT PLANNING SERVICES AGREEMENT<br>CONTRACT START DATE:01/01/2010 | $0.00 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | EMPLOYEE BENEFIT PLAN<br>AGENT COMMISSIONS AND BENEFITS PLAN AGREEMENT<br>CONTRACT START DATE:01/01/2010 | $0.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | EMPLOYEE BENEFIT PLAN<br>INVESTMENT SERVICES AGREEMENT<br>CONTRACT START DATE:01/01/2010 | $0.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | EMPLOYEE BENEFIT PLAN<br>INVESTMENT OPTION EVALUATION SERVICES AGREEMENT RELATING TO EMPLOYEE BENEFITS PLAN<br>CONTRACT START DATE:04/30/2010 | $0.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | EMPLOYEE BENEFITS PLAN<br>PS - 401(K) NONSTANDARDIZED PROTOTYPE PROFITS SHARING PLAN AGREEMENT - CONTRACT NO. 060412-0001-0000<br>CONTRACT START DATE: 12/2/2009 | $0.00 |
| MASTER RIG INTERNATIONAL LLC | SERVICE AGREEMENT<br>STORAGE SERVICES AGREEMENT AND RELATED AMENDMENTS<br>CONTRACT START DATE: 02/09/2011 | $7,900.00 |
| MATTHEWS-DANIEL COMPANY | SERVICE AGREEMENT<br>MARINE WARRANTY SERVICES AGREEMENT<br>CONTRACT START DATE:06/05/2009 | $1,500.00 |
| MAX AMERICA INSURANCE COMPANY | INSURANCE POLICY<br>DOMESTIC ONSHORE PROPERTY POLICY<br>POLICY NO. MAXA6IM0010947 | $0.00 |
| MCGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC. | INSURANCE POLICY<br>BROKERAGE SERVICE AGREEMENT FOR INSURANCE POLICIES<br>CONTRACT START DATE:08/24/2010 | $0.00 |
| MCGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC. | CONFIDENTIALITY AGREEMENT<br>SEAHAWK FORM NDA<br>CONTRACT START DATE:05/06/2010 | $0.00 |
| MCGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC. | INSURANCE POLICY<br>BROKERAGE SERVICE AGREEMENT FOR INSURANCE POLICIES<br>CONTRACT START DATE:06/30/2010 | $0.00 |
| METLIFE | INSURANCE POLICY<br>DISABILITY INCOME INSURANCE: LONG TERM BENEFITS<br>CONTRACT START DATE: 01/01/2010 | $0.00 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| METLIFE | INSURANCE POLICY<br>DISABILITY INCOME INSURANCE: SHORT TERM BENEFITS FOR FULL-TIME SHORE BASED EMPLOYEES<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| METLIFE | INSURANCE POLICY<br>GROUP INSURANCE POLICY - LIFE, ACCIDENTAL DEATH, AND DISABILITY BENEFITS<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| METLIFE | INSURANCE POLICY<br>PLAN FOR BASIC LIFE, SUPPLEMENTAL LIFE, DEPENDENT LIFE, ACCIDENTAL DEATH, SUPPLEMENTAL DEATH, AND DEPENDENT DEATH INSURANCE PLANS AND RELATED ADDENDA<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| METROPOLITAN LIFE INSURANCE COMPANY | SERVICE CONTRACT<br>ADMINISTRATIVE SERVICES AGREEMENT<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| NATIONAL GUARDIAN LIFE INSURANCE COMPANY | INSURANCE POLICY<br>GROUP VISION INSURANCE PLAN<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| NATIONAL GUARDIAN LIFE INSURANCE COMPANY | INSURANCE POLICY<br>GROUP VISION INSURANCE PLAN<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| NATIONAL OILWELL VARCO, LP | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| ODL, INC. | SERVICE AGREEMENT<br>MASTER SERVICES AGREEMENT | $0.00 |
| ODS - PETRODATA, INC. | SERVICE CONTRACT<br>SUBSCRIPTION AND DATA LICENSE AGREEMENT AND ASSOCIATED PRODUCT ATTACHMENT AGREEMENT<br>CONTRACT START DATE:09/23/2009 | $0.00 |
| OES OILFIELD SERVICES | MASTER SERVICE AGREEMENT<br>NDT, LIFTING GEAR INSPECTION AND SURVEYING SERVICES AGREEMENT<br>CONTRACT START DATE:06/15/2009 | $0.00 |
| OFFSHORE EQUIPMENT SOLUTIONS | SALES AGREEMENT<br>STORAGE SERVICES AGREEMENT AND RELATED AMENDMENTS<br>CONTRACT START DATE: 02/09/2011 | $13,059.82 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| PARTNERS CONSULTING | SERVICE AGREEMENT<br>IT CONSULTING AGREEMENT<br>CONTRACT START DATE:06/01/2009 | $0.00 |
| PARTNERS CONSULTING | SERVICE AGREEMENT<br>IT CONSULTING AGREEMENT<br>CONTRACT START DATE:06/03/2009 | $0.00 |
| QUALITY OIL TOOLS, INC. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| RESOURCES GLOBAL PROFESSIONALS | IT AGREEMENT<br>JDE OPTIMIZATION - IT SERVICES AGREEMENT<br>CONTRACT START DATE:07/27/2009 | $0.00 |
| RIGNET, INC. | MASTER PURCHASE AGREEMENT<br>DATA CIRCUITS<br>RIG COMMUNICATION EQUIPMENT<br>CONTRACT START DATE:04/01/2009 | $61,196.66 |
| RL ELDRIDGE CONSTRUCTION, INC. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| SCRIPT CARE, LTD | SERVICE CONTRACT<br>MANAGED PRESCRIPTION DRUG PROGRAM AGREEMENT<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| SEATRAX SERVICES, INC. | SALES AGREEMENT<br>STORAGE SERVICES AGREEMENT AND RELATED AMENDMENTS<br>CONTRACT START DATE: 02/09/2011 | $0.00 |
| SEATRAX SERVICES, INC. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY/TRAVELERS | INSURANCE POLICY<br>AUTOMOBILE LIABILITY POLICY<br>POLICY NO. VA04200142 | $0.00 |
| SUNGARD AVAILABILITY SERVICES, LP | MASTER SERVICE AGREEMENT<br>VPN, INTERNET, SAN HOSTING SERVICES AGREEMENT<br>CONTRACT START DATE:08/01/2009 | $0.00 |
| SURVIVAL SYSTEMS INTERNATIONAL, INC. | SALES AGREEMENT<br>STORAGE SERVICES AGREEMENT AND RELATED AMENDMENTS<br>CONTRACT START DATE: 02/09/2011 | $31,897.53 |
| T3 ENERGY SERVICES | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $2,800.00 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| TARPON OFFSHORE VENTURES | DRILLING CONTRACT<br>SEAHAWK 2600 (PRIDE ALASKA) DRILLING AGREEMENT<br>CONTRACT START DATE:11/22/2010 | $0.00 |
| THE PHOENIX INSURANCE COMPANY | INSURANCE POLICY<br>WORKERS' COMPENSATION/EMPLOYERS LIABILITY/USLH POLICY<br>POLICY NO. HN-UB-3269R14110 | $0.00 |
| THE STATE OF TEXAS - GENERAL LAND OFFICE | LEASE AGREEMENT<br>STORAGE OF SEAHAWK 2008 RIG LAND LEASE AGREEMENT<br>CONTRACT START DATE:12/01/2009 | $0.00 |
| THE ULTIMATE SOFTWARE GROUP, INC. | SERVICE AGREEMENT<br>COMPUTER INTEGRATION TRAINING AND CONSULTING SERVICES<br>CONTRACT START DATE:04/08/2009 | $0.00 |
| THE ULTIMATE SOFTWARE GROUP, INC. | SERVICE AGREEMENT<br>ULTIPRO SOFTWARE, AND AMENDMENTS RELATING TO DATA EXCHANGE SERVICES AND TESTING ENVIRONMENT SERVICES AGREEMENT<br>CONTRACT START DATE:04/08/2009 | $0.00 |
| T-MOBILE USA, INC. | SALES AGREEMENT<br>CELL PHONE SERVICE PURCHASE AGREEMENT<br>CONTRACT START DATE:08/24/2009 | $2,089.27 |
| TRIDRILL, INC. | MASTER SERVICE AGREEMENT<br>NDT / TUBULAR INSPECTION SERVICES AGREEMENT<br>CONTRACT START DATE:06/15/2009 | $0.00 |
| U.S. SPECIALTY INSURANCE COMPANY (THROUGH PIA) | INSURANCE POLICY<br>SPECIAL CRIME COVERAGE POLICY<br>POLICY NO. U7985690 | $0.00 |
| US SPECIALTY INSURANCE COMPANY (HCC GLOBAL) | INSURANCE POLICY<br>1ST EXCESS D&O LIABILITY POLICY<br>POLICY NO. 34MGU10A22073 | $0.00 |
| VERIZON WIRELESS | ASSIGNMENT AGREEMENT OF LIABILITY FROM PRIDE TO SEAHAWK<br>CONTRACT START DATE:05/27/2009 | $5,430.70 |
| VERIZON WIRELESS | SERVICE AGREEMENT<br>TELECOMMUNICATIONS SERVICES AGREEMENT<br>CONTRACT START DATE:01/25/2010 | $0.00 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| WADLEIGH OFFSHORE EQUIPMENT SOLUTIONS | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| WALTER OIL AND GAS | DRILLING CONTRACT<br>SEAHAWK 2004 (PRIDE MISSISSIPPI) DRILLING AGREEMENT<br>CONTRACT START DATE:12/03/2010 | $0.00 |
| XL SPECIALTY INSURANCE COMPANY | INSURANCE POLICY<br>EXCESS CLASSIC A - SIDE MANAGEMENT LIABILITY POLICY<br>POLICY NO. ELU118343-10 | $0.00 |