## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc. *et al*, | § | Case No.:  11-20089 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Leticia Salas, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims, ballot and noticing agent for the Debtors in the above-captioned cases.

On February 16, 2011, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit C**:

1. **Notice of (i) Final Hearing to Approve the Sale of Substantially All of the Debtors' Assets to Hercules Offshore, Inc. Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure and (ii) Deadlines for Filing Objections to (1) The Proposed Sale and (2) The Proposed Assumption and Assignment of Executory Contracts and the Payment of Cure Claims in Connection Therewith** [Docket No. 60; *with Exhibit 1*]

2. **Order (i) Scheduling a Final Hearing to Approve the Sale of Substantially All of the Debtors' Assets; (ii) Setting Deadlines for Filing Objection to (1) The Proposed Sale and (2) The Proposed Assumption and Assignment of Executory Contracts and the Payment of Cure Claims in Connection Therewith; and (iii) Approving the Form and Manner of Notice Thereof** [Docket No. 56]

3.  **Debtors' Emergency Motion, Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure, for an Order (i) Scheduling an Expedited Hearing to Approve the Sale of Substantially All of the Debtors' Assets; (ii) Setting Deadlines for Filing Objections to (1) The Proposed Sale and (2) The Proposed Assumption and Assignment of Executory Contracts and the Payment of Cure Claims in Connection Therewith; and (iii) Approving the Form and Manner of Notice Thereof** [Docket No. 19; *with attachments 1-5*]

Dated: February 17, 2011

_____/s/ Leticia Salas_____

Leticia Salas

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
(310) 823-9000

# **<u>Exhibit A</u>**

**EXHIBIT A**
**MSL/2002**
**E-mail Service List**

| DESCRIPTION | COMPANY | NOTICE NAME | E-MAIL |
|---|---|---|---|
| COUNSEL TO PRIDE INTERNATIONAL, INC. | BAKER BOTTS LLP | JACK L KINZIE & JAMES R PRINCE & G MARTY GREEN & OMAR J ALANIZ | jack.kinzie@bakerbotts.com jim.prince@bakerbotts.com marty.green@bakerbotts.com omar.alaniz@bakerbotts.com |
| TOP 30 CREDITOR | BEACON MARITIME INC | ELIZABETH JACKSON VP OF FINANCE & ADMINISTRATION | ejackson@beaconmaritime.com |
| TOP 30 CREDITOR | BENNETT & ASSOCIATES LLC | WILLIAM BENNETT PRESIDENT & CEO | wtb@bbengr.com |
| TOP 30 CREDITOR | BLETSCH STEAMSHIP COMPANY | | bletsch@bletschss.com |
| TOP 30 CREDITOR | C AND G BOATS INC | MARK COMPEAUX LOGISTICS MANAGER | mark@cgboats.com |
| TOP 30 CREDITOR | DOOLEY TACKABERRY INC | GLENN TACKABERRY PRESIDENT | glennt@dtihome.com |
| TOP 30 CREDITOR | G ROPER INC DBA CREATIVE IDEAS INC | GEORGE HARRELL OWNER | george@creative-idea.com |
| TOP 30 CREDITOR | G&J LAND AND MARINE FOOD DIST INC | CHRISTINE DEHART FINANCIAL CONTROLLER | cdehart@gjfood.com |
| TOP 30 CREDITOR | GALLOWAY JOHNSON TOMPKINS BURR & SMITH | JIM TOMPKINS DIRECTOR | jtompkins@gjtbs.com |
| TOP 30 CREDITOR | L&L OIL AND GAS SERVICES LLC | DANNY BROWN MANAGER | danny.brown@lloil.com |
| TOP 30 CREDITOR | MAD LTD | WAYNE BOYD MANAGER | lbmadltd@sbcglobal.net |
| TOP 30 CREDITOR | MCGRIFF SEIBELS AND WILLIAMS OF TX | BRUCE DUNBAR PRESIDENT AND CEO | bdun@mcgriff.com |
| TOP 30 CREDITOR | NEPTUNE UNDERWATER SERVICES LLC | MIKE HALE FINANCIAL CONTROLLER | mhale@neptunems.com |
| TOP 30 CREDITOR | OFFSHORE TOWING INC | CORY KIEF PRESIDENT | cory@offshoretowing.com |
| TOP 30 CREDITOR | POLAR RIG SPECIALTIES INC | JOHN HARRIS PRINCIPAL | kmorton@polarrig.com jharris@polarrig.com |
| TOP 30 CREDITOR | POWER PRODUCTS SERVICE COMPANY INC | | powerproducts@teche.net |
| TOP 30 CREDITOR | PPG ARCHITECTURAL FINISHES PROTECTION | ROBERT J DELLINGER SVP FINANCE & CFO | rdellinger@ppg.com |
| TOP 30 CREDITOR | PRIDE INTERNATIONAL INC | BRIAN C VOEGELE CFO | bvoegele@prideinternational.com |
| TOP 30 CREDITOR | ROTORCRAFT LEASING COMPANY LLC | RODGER BAGWELL EVP | Ladams@rlcllc.net |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | | secbankruptcy@sec.gov |
| TOP 30 CREDITOR | SHER GARNER LLC | PETER HILBERT PARTNER | philbert@shergarner.com |
| TOP 30 CREDITOR | SPECIALTIES COMPANY | WAYNE LOVE OWNER | wlove@copperstaterubber.com |
| TOP 30 CREDITOR | SUPERIOR SUPPLY & STEEL | JOHN EZERNACK CFO | jjohnson@supstl.com |
| TOP 30 CREDITOR | THE NACHER CORPORATION | CHRIS W FONTENOT PRESIDENT | chris@nacher.net |
| COUNSEL TO HERCULES OFFSHORE, INC. | THOMPSON & KNIGHT LLP | RHETT G CAMPBELL & MILLIE A SALL & B RANSDELL SAWYER | Rhett.Campbell@tklaw.com Millie.Sall@tklaw.com Randy.Sawyer@tklaw.com |
| TOP 30 CREDITOR | TRANSCONTINENTAL GAS PIPE LINE CO LLC | PHILLIP D WRIGHT PRINCIPAL EXECUTIVE OFFICER & SVP | phil.wright@williams.com |
| TOP 30 CREDITOR | UHY ADVISORS TX LLC | RICK STEIN PRESIDENT AND CEO | jyouens@uhy-us.com |

**EXHIBIT A**
**MSL/2002**
**E-mail Service List**

| DESCRIPTION | COMPANY | NOTICE NAME | E-MAIL |
|---|---|---|---|
| COUNSEL TO DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | VINSON & ELKINS LLP | JOHN E WEST | jwest@velaw.com |
| COUNSEL TO DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | VINSON & ELKINS LLP | DUSTON K MCFAUL | dmcfaul@velaw.com |

# **Exhibit B**

**EXHIBIT B**
**MSL/ 2002**
**First Class Service List**

| DESCRIPTION | COMPANY | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| TOP 30 CREDITOR | ACME TRUCK LINE, INC. | KIMBERLY FOSTER, CFO & CONTROLLER | 121 PAILET DR | | HARVEY | LA | 70058 |
| ASSISTANT US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | ASSISTANT US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | CHARLES R STERBACH | 606 N CARANCAHUA ST STE 1107 | | CORPUS CHRISTI | TX | 78476 |
| COUNSEL TO PRIDE INTERNATIONAL, INC. | BAKER BOTTS LLP | JACK L KINZIE & JAMES R PRINCE & G MARTY GREEN & OMAR J ALANIZ | 2001 ROSS AVE | | DALLAS | TX | 75201 |
| TOP 30 CREDITOR | BEACON MARITIME, INC. | ELIZABETH JACKSON, VP OF FINANCE & ADMINISTRATION | 96 FRONT AVE | | ORANGE | TX | 77630 |
| TOP 30 CREDITOR | BENNETT & ASSOCIATES LLC | WILLIAM BENNETT, PRESIDENT & CEO | 5177 RICHMOND, STE 1188 | | HOUSTON | TX | 77056 |
| TOP 30 CREDITOR | BLETSCH STEAMSHIP COMPANY | | 212 N 16TH ST | | LAPORT | TX | 77571 |
| TOP 30 CREDITOR | C AND G BOATS INC. | MARK COMPEAUX, LOGISTICS MANAGER | 1216 SOUTH BAYOU DR | | GOLDEN MEADOW | LA | 70357 |
| D.E. SHAW DIRECT CAPITAL PORTFOLIOS, L.L.C. | D.E. SHAW DIRECT CAPITAL PORTFOLIOS, L.L.C. | | 1166 AVENUE OF THE AMERICAS, 9th FLOOR | | NEW YORK | NY | 10036 |
| TOP 30 CREDITOR | DOOLEY TACKABERRY, INC. | GLENN TACKABERRY, PRESIDENT | 1515 W 13TH ST | | DEER PARK | TX | 77536 |
| TOP 30 CREDITOR | G&J LAND AND MARINE FOOD DIST. INC. | CHRISTINE DEHART, FINANCIAL CONTROLLER | 506 FRONT ST | | MORGAN CITY | LA | 70380 |
| TOP 30 CREDITOR | G. ROPER, INC. DBA CREATIVE IDEAS, INC. | GEORGE HARRELL, OWNER | 910 INDUSTRIAL BLVD, STE B | | SUGAR LAND | TX | 77478 |
| TOP 30 CREDITOR | GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH | JIM TOMPKINS, DIRECTOR | 1301 MCKINNEY, STE 1400 | | HOUSTON | TX | 77010 |
| HERCULES OFFSHORE DRILLING | HERCULES OFFSHORE DRILLING | | 9 GREENWAY PLZ STE 2200 | | HOUSTON | TX | 77046 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 11601 ROOSEVELET BLVD | MAIL DROP N781 | PHILADELPHIA | PA | 10154 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 21126 | | PHILADELPHIA | PA | 19114-0326 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | | DEPARTMENT OF THE TREASURY | | AUSTIN | TX | 73301 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | | PO BOX 105703 | | ATLANTA | GA | 30348-5703 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE GCLS | | 8701 S GESSNER STOP 5433HAL BEAN | | HOUSTON | TX | 77074 |
| TOP 30 CREDITOR | KEANE INC. | JOHN W MCCAIN, PRESIDENT & CEO | 100 CITY SQUARE | | BOSTON | MA | 02129 |
| TOP 30 CREDITOR | KONICA MINOLTA BUSINESS SOLUTIONS, INC. | MIKE LEONCZYK, CFO | 100 WILLIAMS DR | | RAMSEY | NJ | 07446 |
| TOP 30 CREDITOR | KPMG LLP | JENNIFER VERKAMP, CONTROLLER | 700 LOUISIANA ST, STE 3100 | | HOUSTON | TX | 77002 |
| TOP 30 CREDITOR | L&L OIL AND GAS SERVICES, LLC | DANNY BROWN, MANAGER | 3421 NORTH CAUSEWAY BLVD. SUITE 502 | | METAIRIE | LA | 70002 |
| TOP 30 CREDITOR | MAD LTD. | WAYNE BOYD, MANAGER | 321 REV DRIVE RANSOM HOWARD ST | | PORT ARTHUR | TX | 77640-5863 |
| TOP 30 CREDITOR | MARTIN HOLDINGS LLC | CHARLIE COMEAUX, CFO | 16201 EAST MAIN | | GALLIANO | LA | 70354 |
| TOP 30 CREDITOR | MCGRIFF SEIBELS AND WILLIAMS OF TX | BRUCE DUNBAR, PRESIDENT AND CEO | 818 TOWN AND COUNTRY LANE, STE 500 | | HOUSTON | TX | 77024 |
| ADMINISTRATIVE AGENT FOR CREDIT FACILITY | NATIXIS, NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 |

**EXHIBIT B**
**MSL/ 2002**
**First Class Service List**

| DESCRIPTION | COMPANY | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| TOP 30 CREDITOR | NEPTUNE UNDERWATER SERVICES LLC | MIKE HALE, FINANCIAL CONTROLLER | 123 SENTRY DR | | MANSFIELD | TX | 76063 |
| OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS - CORPUS CHRISTI | OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS - CORPUS CHRISTI | | ONE SHORELINE PLAZA SOUTH TOWER | 800 N SHORELINE BLVD STE 500 | CORPUS CHRISTI | TX | 78401 |
| TOP 30 CREDITOR | OFFSHORE TOWING, INC. | CORY KIEF, PRESIDENT | 11812 HWY 308 | | LAROSE | LA | 70373 |
| TOP 30 CREDITOR | POLAR RIG SPECIALTIES, INC. | JOHN HARRIS, PRINCIPAL | 18910 W. INDUSTRIAL PARK | | NEW CANEY | TX | 77357 |
| TOP 30 CREDITOR | POWER PRODUCTS SERVICE COMPANY, INC. | | 465 HWY 182 | | MORGAN | LA | 70380 |
| TOP 30 CREDITOR | PPG ARCHITECTURAL FINISHES PROTECTION | ROBERT J. DELLINGER, SVP, FINANCE & CFO | ONE PPG PL 40 EAST | | PITTSBURGH | PA | 15272 |
| TOP 30 CREDITOR | PRIDE INTERNATIONAL, INC. | BRIAN C. VOEGELE, CFO | 5847 SAN FELIPE STREET STE 3300 | | HOUSTON | TX | 77057 |
| TOP 30 CREDITOR | ROTORCRAFT LEASING COMPANY LLC | RODGER BAGWELL, EVP | 430 N EOLA RD | | BROUSSARD | LA | 70518 |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | | 100 F ST NE | | WASHINGTON | DC | 20549 |
| TOP 30 CREDITOR | SHER GARNER LLC | PETER HILBERT, PARTNER | 909 POYDRAS ST | | NEW ORLEANS | LA | 70112 |
| TOP 30 CREDITOR | SIRIUS SOLUTIONS LLLP | ANGELES BELTRI, CFO | 1233 WEST LOOP SOUTH STE 1800 | | HOUSTON | TX | 77027 |
| TOP 30 CREDITOR | SPECIALTIES COMPANY | WAYNE LOVE, OWNER | 6401 MCGREW ST | | HOUSTON | TX | 77087 |
| TOP 30 CREDITOR | SUPERIOR SUPPLY & STEEL | JOHN EZERNACK, CFO | 318 CITIES SERVICE HWY | | SULPHUR | LA | 70663 |
| TOP 30 CREDITOR | THE NACHER CORPORATION | CHRIS W FONTENOT, PRESIDENT | 111 E ANGUS DR | | YOUNGSVILLE | LA | 70592-0609 |
| COUNSEL TO HERCULES OFFSHORE, INC. | THOMPSON & KNIGHT LLP | RHETT G CAMPBELL & MILLIE A SALL & B RANSDELL SAWYER | 333 CLAY STREET SUITE 3300 | | HOUSTON | TX | 77002 |
| TOP 30 CREDITOR | TRANSCONTINENTAL GAS PIPE LINE CO LLC | PHILLIP D WRIGHT, PRINCIPAL EXECUTIVE OFFICER & SVP | 2800 POST OAK BLVD | | HOUSTON | TX | 77251 |
| TOP 30 CREDITOR | UHY ADVISORS TX, LLC | RICK STEIN, PRESIDENT AND CEO | 12 GREENWAY PLAZA STE 200 | | HOUSTON | TX | 77046 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | US TRUSTEE REGION 7 | JUDY A ROBBINS | 515 RUSK ST STE 3516 | | HOUSTON | TX | 77002 |
| COUNSEL TO DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | VINSON & ELKINS LLP | JOHN E WEST | 1001 FANNIN ST STE 2500 | | HOUSTON | TX | 77002-6760 |
| COUNSEL TO DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | VINSON & ELKINS LLP | DUSTON K MCFAUL | 1001 FANNIN ST STE 2500 | | HOUSTON | TX | 77002-6760 |

# **<u>Exhibit C</u>**

Exhibit C
Cure
First Class Service List

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | STATE | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ASPEN INSURANCE UK | | 100 LEADENHALL ST | 1ST FL | | LONDON, ENGLAND | | EC3A 3DD | UNITED KINGDOM |
| BEAZLEY LLOYDS SYNDICATE | | 1 LIME ST | | | LONDON, ENGLAND | | EC3M 7HA | UNITED KINGDOM |
| LLOYDS OF LONDON AND SYNDICATES | | ONE LIME ST | | | LONDON, ENGLAND | | EC3M 7HA | UNITED KINGDOM |
| A & H ARMATURE WORKS INC | | PO BOX 310 | | | WESTWEGO | LA | 70096-0310 | |
| A & L REPAIR SERVICES, LLC | | 1090 PETROLEUM PKWY | | | BROUSSARD | LA | 70518 | |
| ACE USA | | TWO RIVERWAY STE 900 | | | HOUSTON | TX | 77056 | |
| ANGEL AIR REPAIR & SPECIALTY COMPANY | | 705 HANGAR DR | | | NEW IBERIA | LA | 70560 | |
| ARAMARK US OFFSHORE SERVICES, LLC | | 1101 MARKET ST 20TH FL | | | PHILADELPHIA | PA | 19107 | |
| ARENA OFFSHORE | | 4200 RESEARCH FORST DR STE | | | THE WOODLANDS | TX | 77381- | |
| AT & T | | ONE AT&T WAY | | | BEDMINSTER | NJ | 07921 | |
| AXIS INSURANCE COMPANY | | 300 CONNELL DR | PO BOX 357 | | BERKLEY HEIGHTS | NJ | 07922 | |
| AXON ENERGY PRODUCTS AS | | 8909 JACKRABBIT | | | HOUSTON | TX | 77095 | |
| BADGER OIL | | 3861 AMBASSADOR CAFFERY PK | | | LAFAYETTE | LA | 70503- | |
| BLUE CROSS AND BLUE SHIELD OF TEXAS | | HCSC PRIVACY OFFICE | 300 E RANDOLPH ST | PO BOX 804836 | CHICAGO | IL | 60680 | |
| BOHEN CRANE AND EQUIPMENT REPAIR, LLC | | 2850 GULF FWY | | | LAMARQUE | TX | 77568 | |
| BUSINESSSOLVER COM, INC | | 1025 ASHWORTH RD | STE 403 | | WEST DES MOINES | IA | 50265 | |
| BUSINESSSOLVER, INC | | 1025 ASHWORTH RD STE 403 | | | WEST DES MOINES | IA | 50265 | |
| CAD CONTROL SYSTEMS | | 1017 FREEMAN RD | | | BROUSSARD | LA | 70518 | |
| CAPGEMINI U S , LLC | | 623 FIFTH AVE 33RD FL | | | NEW YORK | NY | 10022 | |
| CHEVRON U S A | | 5750 JOHNSTON ST | | | LAFAYETTE | LA | 70503- | |
| CHURCH ENERGY SERVICES LTD | | 2810 WASHINGTON DR | | | HOUSTON | TX | 77038 | |
| COGENT COMMUNICATIONS, INC | | 3 GREENWAY PLZ STE C 100 | | | HOUSTON | TX | 77046 | |
| COMCAST | | 500 SOUTH GRAVERS RD | | | PLYMOUTH MEETING | PA | 19462 | |
| CONTINENTAL CASUALTY COMPANY | | 333 S WABASH | | | CHICAGO | IL | 60604 | |
| CONTINENTAL INSURANCE COMPANY CNA | | 40 WALL ST | | | NEW YORK | NY | 10005 | |
| COX BUSINESS | | 7401 FLORIDA BLVD | | | BATON ROUGE | LA | 70806 | |
| DISCOVERY BENEFITS, INC | | 3216 13TH AVE S | | | FARGO | ND | 58103 | |
| DON ABNEY, INC | | 500 BRIDGET DR | | | PATTERSON | LA | 70392 | |
| ENERGY XXI | | 1021 MAIN ST STE 2626 | | | HOUSTON | TX | 77002- | |
| ENI | | 1201 LOUISIANA ST STE 3500 | | | HOUSTON | TX | 77002- | |
| FEDERAL INSURANCE COMPANY | | 82 HOPMEADOW ST | | | SIMBURY | CT | 06070 | |
| FEDERAL INSURANCE COMPANY CHUBB | | 82 HOPMEADOW ST | | | SIMBURY | CT | 06070 | |
| GALLAGHER BENEFIT SERVICES, INC | | 1900 WEST LOOP S STE 1600 | ATTN JILL WATSON | | HOUSTON | TX | 77027 | |
| HALL HOUSTON OIL CO | | 700 LOUISIANA ST | STE 2100 | | HOUSTON | TX | 77002 | |
| HCC SPECIALTY INSURANCE COMPANY | | 13403 NORTHWEST FRWY | | | HOUSTON | TX | 77040 | |
| HM LIFE INSURANCE COMPANY | ATTN NATASHA IQBAL STE P6102 | 120 FIFTH AVE | | | PITTSBURGH | PA | 15222-3099 | |
| HM LIFE INSURANCE COMPANY | | PO BOX 535061 | STE P6518 | | PITTSBURGH | PA | 15222-3099 | |
| ILLINOIS NATIONAL INSURANCE COMPANY CHARTIS | | 300 S RIVERSIDE PLZ STE 2100 | | | CHICAGO | IL | 60606 | |
| INFOSTAT SYSTEMS, INC | | PO BOX 214419 | | | SACRAMENTO | CA | 95821 | |
| INTEGRICERT LLC | | 608 HANGAR DR | | | NEW IBERIA | LA | 70560 | |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC | | 745 ATLANTIC AVE | | | BOSTON | MA | 02111 | |
| LLOG | | 433 METAIRIE RD | STE 600 | | METAIRIE | LA | 70005 | |
| MAD LTD | | 321 REV DR RANSOM HOWARD S | | | PORT ARTHUR | TX | 77640-5863 | |
| MANAGED HEALTH NETWORK | | 503 CANAL BLVD | | | POINT RICHMOND | CA | 94804 | |
| MARINE SYSTEMS, INC | | 116 CAPITAL BLVD | | | HOUMA | LA | 70360 | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | | 1295 STATE ST | | | SPRINGFIELD | MA | 01111 | |
| MASTER RIG INTERNATIONAL LLC | ATTN KELLY BURMASTER | 6400 ROMONA BLVD | | | HOUSTON | TX | 77086 | |
| MATTHEWS DANIEL COMPANY | | 4544 POST OAK PL STE 160 | | | HOUSTON | TX | 77027 | |
| MAX AMERICA INSURANCE COMPANY | | 9020 STONY POINT PKWY STE 32 | | | RICHMOND | VA | 23235 | |

Exhibit C

Cure

First Class Service List

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | STATE | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MCGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC | | 811 TOWN & COUNTRY LN STE 5 | | | HOUSTON | TX | 77024 | |
| METLIFE | METROPOLITAN LIFE INSURANCE | 200 PARK AVE | | | NEW YORK | NY | 10166 | |
| METROPOLITAN LIFE INSURANCE COMPANY | | 200 PARK AVE | | | NEW YORK | NY | 10166 | |
| NATIONAL GUARDIAN LIFE INSURANCE COMPANY | C/O SUPERIOR VISION SERVICES | 11101 WHITE ROCK RD STE 150 | | | RANCHO CORDOVA | CA | 95670 | |
| NATIONAL GUARDIAN LIFE INSURANCE COMPANY | TWO EAST GILMAN STREET | PO BOX 1191 | | | MADISON | WI | 53701-1191 | |
| NATIONAL OILWELL VARCO, LP | | 7909 PARKWOOD CIR DR | | | HOUSTON | TX | 77036 | |
| ODL, INC | | 17000 KATY FWY STE 150 | | | HOUSTON | TX | 77094 | |
| ODS PETRODATA, INC | | 3200 WILCREST DR STE 170 | | | HOUSTON | TX | 77042 | |
| OES OILFIELD SERVICES | | 4550 POST OAK PL DR STE 317 | | | HOUSTON | TX | 77027 | |
| OFFSHORE EQUIPMENT SOLUTIONS | | 37015 BROWNSVILLAGE RD | PO BOX 188 | | SLIDELL | LA | 70459 | |
| PARTNERS CONSULTING | | 2211 NORFOLK STE 1100 | | | HOUSTON | TX | 77098 | |
| QUALITY OIL TOOLS, INC | | 1927 HWY 90 W | PO BOX 718 | | JENNINGS | LA | 70546 | |
| RESOURCES GLOBAL PROFESSIONALS | | 17101 ARMSTRONG AVE | | | IRVINE | CA | 92614 | |
| RIGNET, INC | | 1880 S DAIRY ASHFORD STE 300 | | | HOUSTON | TX | 77077 | |
| RL ELDRIDGE CONSTRUCTION, INC | | 5100 PEARL | | | SABINE PASS | TX | 77655 | |
| SCRIPT CARE, LTD | | 6380 FOLSOM DR | | | BEAUMONT | TX | 77706 | |
| SEATRAX SERVICES, INC | | 208 GUNTHER LN | | | BELLE CHASSE | LA | 70037 | |
| ST PAUL FIRE AND MARINE INSURANCE COMPANY/TRAVELERS | | 30 BROAD ST | 7TH FL | | NEW YORK | NY | 10004 | |
| SUNGARD AVAILABILITY SERVICES, LP | | 680 E SWEDESFORD RD | | | WAYNE | PA | 19087 | |
| SURVIVAL SYSTEMS INTERNATIONAL, INC | | 931 INDUSTRY RD | PO BOX 1567 | | KENNER | LA | 70063 | |
| T MOBILE USA, INC | T MOBILE BANKRUPTCY TEAM | PO BOX 53410 | | | BELLEVUE | WA | 98015 | |
| T3 ENERGY SERVICES | | 119 EAST INTERSTATE DR | | | JENNINGS | LA | 70546-1009 | |
| TARPON OFFSHORE VENTURES | | 2000 DAIRY ASHFORD STE 578 | | | HOUSTON | TX | 77077- | |
| THE PHOENIX INSURANCE COMPANY | | 1301 E COLLINS BLVD | | | RICHARDSON | TX | 75081 | |
| THE STATE OF TEXAS GENERAL LAND OFFICE | | 1700 N CONGRESS AVE | | | AUSTIN | TX | 78701 | |
| THE ULTIMATE SOFTWARE GROUP, INC | | 2000 ULTIMATE WAY | | | WESTON | FL | 33326 | |
| TRIDRILL, INC | | 1001 BRIAR PATCH RD | | | BROUSSARD | LA | 70518 | |
| U S SPECIALTY INSURANCE COMPANY THROUGH PIA | | 37 RADIO CIR DR | | | MT. KISCO | NY | 10549 | |
| US SPECIALTY INSURANCE COMPANY HCC GLOBAL | | 7500 SAN FELIPE STE 600 | | | HOUSTON | TX | 77063 | |
| VERIZON WIRELESS | | ONE TAMPA CITY CTR | 201 N FRANKLIN ST STE 3300 | | TAMPA | FL | 33602 | |
| WADLEIGH OFFSHORE EQUIPMENT SOLUTIONS | | 37015 BROWNSVILLAGE RD | | | SLIDELL | LA | 70460 | |
| WALTER OIL AND GAS | | 1100 LOUISIANA ST STE 200 | | | HOUSTON | TX | 77002- | |
| XL SPECIALTY INSURANCE COMPANY | | 70 SEAVIEW AVE | | | STAMFORD | CT | 06902 | |