# EXHIBIT A

Revised Master Service List (through 4:00 p.m. (CST) February 18, 2011)

MSL/2002 Service List as of February 18, 2011

| DESCRIPTION | COMPANY | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | E-MAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE AGENT FOR CREDIT FACILITY | NATIXIS NEW YORK BRANCH AS ADMINISTRATIVE AGENT | | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | | | |
| ASSISTANT US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | ASSISTANT US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | CHARLES R STERBACH | 606 N CARANCAHUA ST STE 1107 | , | CORPUS CHRISTI | TX | 78476 | | 361-888-3261 | 361-888-3263 | |
| BLAKE INTERNATIONAL USA RIGS. LLC | BLAKE INTERNATIONAL USA RIGS. LLC | | 410 SOUTH VAN RD | | HOUMA | LA | 70363 | | | | |
| BLAKE INTERNATIONAL USA RIGS. LLC | BLAKE INTERNATIONAL USA RIGS. LLC | C/O MICHAEL C RIESS | 201 ST CHARLES AVE | STE 3300 | NEW ORLEANS | LA | 70170-3300 | | | | |
| BLAKE PLATFORM RIGS S DE RL DE CV | BLAKE PLATFORM RIGS S DE RL DE CV | | BOSQUES DE CIRUELOS 180 PP | 101 BOSQUES DE LAS LOMAS | MEXICO DF | | 11700 | MEXICO | | | |
| BLAKE PLATFORM RIGS. S DE R L DE C V | BLAKE PLATFORM RIGS. S DE R L DE C V | | PO BOX 3834 | | HOUMA | LA | 70361 | | | | |
| BLAKE PLATFORM RIGS. S DE R L DE C V | BLAKE PLATFORM RIGS. S DE R L DE C V | | 410 SOUTH VAN RD | | HOUMA | LA | 70363 | | | | |
| BLAKE PLATFORM RIGS. S DE R L DE C V | BLAKE PLATFORM RIGS. S DE R L DE C V | | 410 S VAN AVE | PO BOX 3834 | HOUMA | LA | 70363 | | | | |
| BLAKE PLATFORM RIGS. S DE R L DE C V | BLAKE PLATFORM RIGS. S DE R L DE C V | C/O MICHAEL C RIESS | 201 ST CHARLES AVE | STE 3300 | NEW ORLEANS | LA | 70170-3300 | | | | |
| CLAIMS AGENT | KURTZMAN CARSON CONSULTANTS LLC | | 2335 ALASKA AVE | | EL SEGUNDO | CA | 90245 | | 310-823-9000 | | |
| COUNSEL TO DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | VINSON & ELKINS LLP | JOHN E WEST | 1001 FANNIN ST STE 2500 | | HOUSTON | TX | 77002-6760 | | 713-758-4534 | 713-615-5841 | jwest@velaw.com |
| COUNSEL TO DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | VINSON & ELKINS LLP | DUSTON K MCFAUL | 1001 FANNIN ST STE 2500 | | HOUSTON | TX | 77002-6760 | | 713-758-4740 | 713-615-5777 | dmcfaul@velaw.com |
| COUNSEL TO HERCULES OFFSHORE. INC. | THOMPSON & KNIGHT LLP | RHETT G CAMPBELL & MILLIE A SALL & B RANSDELL SAWYER | 333 CLAY STREET SUITE 3300 | | HOUSTON | TX | 77002 | | 713-654-8111 | 713-654-1871 | Rhett.Campbell@tklaw.com Millie.Sall@tklaw.com Randy.Sawyer@tklaw.com |
| COUNSEL TO MOVING SHAREHOLDERS | KING & SPALDING LLP | MARK W WEGE & HENRY J KAIM | 1100 LOUISIANA STE 4000 | | HOUSTON | TX | 77002 | | 713-751-3200 | 713-751-3290 | HKaim@kslaw.com |
| COUNSEL TO PRIDE INTERNATIONAL, INC. | BAKER BOTTS LLP | JACK L KINZIE & JAMES R PRINCE & G MARTY GREEN & OMAR J ALANIZ | 2001 ROSS AVE | | DALLAS | TX | 75201 | | 214-953-6500 | 214-953-6503 | jack.kinzie@bakerbotts.com jim.prince@bakerbotts.com marty.green@bakerbotts.com omar.alaniz@bakerbotts.com |
| COUNSEL TO SEADRILL LTD | HAYNES AND BOONE LLP | TREY A MONSOUR & CHARLES A BECKHAM | 1211 MCKINNEY ST STE 2100 | | HOUSTON | TX | 77010 | | 713-547-2000 | 713-547-2600 | charles.beckham@haynesboone.com trey.monsour@haynesboone.com |
| D.E. SHAW DIRECT CAPITAL PORTFOLIOS, L.L.C. | DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | | 1166 AVENUE OF THE AMERICAS 9th FLOOR | | NEW YORK | NY | 10036 | | 212-478-0000 | 214-478-0100 | |
| HERCULES OFFSHORE DRILLING | HERCULES OFFSHORE DRILLING | | 9 GREENWAY PLZ STE 2200 | | HOUSTON | TX | 77046 | | 713-350-5100 | 713-350-5105 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 11601 ROOSEVELET BLVD | MAIL DROP N781 | PHILADELPHIA | PA | 10154 | | 800-913-9358 | 215-516-2015 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 21126 | | PHILADELPHIA | PA | 19114-0326 | | 800-913-9358 | 215-516-2015 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE GCLS | | 8701 S GESSNER STOP 5433HAL BEAN | | HOUSTON | TX | 77074 | | | | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | | DEPARTMENT OF THE TREASURY | | AUSTIN | TX | 73301 | | | | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | | PO BOX 105703 | | ATLANTA | GA | 30348-5703 | | | | |
| OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS - CORPUS CHRISTI | OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS - CORPUS CHRISTI | | ONE SHORELINE PLAZA SOUTH TOWER | 800 N SHORELINE BLVD STE 500 | CORPUS CHRISTI | TX | 78401 | | 361-888-3111 | 361-888-3200 | |
| PROPOSED COUNSEL TO DEBTORS | FULBRIGHT & JAWORSKI LLP | BERRY D SPEARS JOHNATHAN C BOLTON TRAVIS TORRENCE & ROBERT B BRUNER | 1301 MCKINNEY STE 5100 | FULBRIGHT TOWER | HOUSTON | TX | 77010 | | 713-651-5151 | 713-651-5246 | |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | | 100 F ST NE | | WASHINGTON | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| TOP 30 CREDITOR | ACME TRUCK LINE INC | KIMBERLY FOSTER CFO & CONTROLLER | 121 PAILET DR | | HARVEY | LA | 70058 | | 504-368-2510 | 504-368-9389 | mariorte@acmetruck.com |
| TOP 30 CREDITOR | BEACON MARITIME INC | ELIZABETH JACKSON VP OF FINANCE & ADMINISTRATION | 96 FRONT AVE | | ORANGE | TX | 77630 | | 409-670-1060 | 409-670-0142 | ejackson@beaconmaritime.com |
| TOP 30 CREDITOR | BENNETT & ASSOCIATES LLC | WILLIAM BENNETT PRESIDENT & CEO | 5177 RICHMOND STE 1188 | | HOUSTON | TX | 77056 | | 713-961-7737 | 713-961-0861 | wtb@bbengr.com |
| TOP 30 CREDITOR | BLETSCH STEAMSHIP COMPANY | | 212 N 16TH ST | | LAPORT | TX | 77571 | | 713-225-1939 | 281-471-0683 | bletsch@bletschss.com |
| TOP 30 CREDITOR | C AND G BOATS INC | MARK COMPEAUX LOGISTICS MANAGER | 1216 SOUTH BAYOU DR | | GOLDEN MEADOW | LA | 70357 | | 985-475-5155 | 985-475-5156 | mark@cgboats.com |
| TOP 30 CREDITOR | DOOLEY TACKABERRY INC | GLENN TACKABERRY PRESIDENT | 1515 W 13TH ST | | DEER PARK | TX | 77536 | | 281-479-9700 | 800-282-4365 | glennt@dtihome.com |

MSL/2002 Service List as of February 18, 2011

| DESCRIPTION | COMPANY | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | E-MAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 CREDITOR | G ROPER INC DBA CREATIVE IDEAS INC | GEORGE HARRELL OWNER | 910 INDUSTRIAL BLVD STE B | | SUGAR LAND | TX | 77478 | | 281-313-7007 | 281-313-7020 | george@creative-idea.com |
| TOP 30 CREDITOR | G&J LAND AND MARINE FOOD DIST INC | CHRISTINE DEHART FINANCIAL CONTROLLER | 506 FRONT ST | | MORGAN CITY | LA | 70380 | | 985-385-2620 | 985-385-3614 | cdehart@gjfood.com |
| TOP 30 CREDITOR | GALLOWAY JOHNSON TOMPKINS BURR & SMITH | JIM TOMPKINS DIRECTOR | 1301 MCKINNEY STE 1400 | | HOUSTON | TX | 77010 | | 713-599-0700 | 713-599-0777 | jtompkins@gjtbs.com |
| TOP 30 CREDITOR | KEANE INC | JOHN W MCCAIN PRESIDENT & CEO | 100 CITY SQUARE | | BOSTON | MA | 02129 | | 877-885-3263 | 617-241-9507 | whit.pedersen@keane.com |
| TOP 30 CREDITOR | KONICA MINOLTA BUSINESS SOLUTIONS INC | MIKE LEONCZYK CFO | 100 WILLIAMS DR | | RAMSEY | NJ | 07446 | | 201-818-3505 | 201-934-5201 | bcupka@KMBS.KonicaMinolta.us |
| TOP 30 CREDITOR | KPMG LLP | JENNIFER VERKAMP CONTROLLER | 700 LOUISIANA ST STE 3100 | | HOUSTON | TX | 77002 | | 713-319-2000 | 713-319-2041 | |
| TOP 30 CREDITOR | L&L OIL AND GAS SERVICES LLC | DANNY BROWN MANAGER | 3421 NORTH CAUSEWAY BLVD SUITE 502 | | METAIRIE | LA | 70002 | | 504-832-8600 | 504-832-8620 | danny.brown@lloil.com |
| TOP 30 CREDITOR | MAD LTD | WAYNE BOYD MANAGER | 321 REV DRIVE RANSOM HOWARD ST | | PORT ARTHUR | TX | 77640-5863 | | 409-985-8741 | 409-813-2618 | lbmadltd@sbcglobal.net |
| TOP 30 CREDITOR | MARTIN HOLDINGS LLC | CHARLIE COMEAUX CFO | 16201 EAST MAIN | | GALLIANO | LA | 70354 | | 985-601-4444 | 985-632-7176 | |
| TOP 30 CREDITOR | MCGRIFF SEIBELS AND WILLIAMS OF TX | BRUCE DUNBAR PRESIDENT AND CEO | 818 TOWN AND COUNTRY LANE STE 500 | | HOUSTON | TX | 77024 | | 713-877-8975 | 713-877-8974 | bdun@mcgriff.com |
| TOP 30 CREDITOR | NEPTUNE UNDERWATER SERVICES LLC | MIKE HALE FINANCIAL CONTROLLER | 123 SENTRY DR | | MANSFIELD | TX | 76063 | | 817-447-7321 | 817-447-0021 | mhale@neptunems.com |
| TOP 30 CREDITOR | OFFSHORE TOWING INC | CORY KIEF PRESIDENT | 11812 HWY 308 | | LAROSE | LA | 70373 | | 985-798-7831 | 985-798-7850 | cory@offshoretowing.com |
| TOP 30 CREDITOR | POLAR RIG SPECIALTIES INC | JOHN HARRIS PRINCIPAL | 18910 W INDUSTRIAL PARK | | NEW CANEY | TX | 77357 | | 281-572-1422 | 281-572-1266 | kmorton@polarrig.com jharris@polarrig.com |
| TOP 30 CREDITOR | POWER PRODUCTS SERVICE COMPANY INC | | 465 HWY 182 | | MORGAN | LA | 70380 | | 985-395-5224 | 985-395-2903 | powerproducts@teche.net |
| TOP 30 CREDITOR | PPG ARCHITECTURAL FINISHES, INC., PROTECTIVE AND MARINE COATINGS DIVISION | KAREN MORRIS | 5500 CORPORATE DR STE 500 | | PITTSBURGH | PA | 15237 | | 412-3188-6954 | | kmorris@ppg.com |
| TOP 30 CREDITOR | PRIDE INTERNATIONAL INC | BRIAN C VOEGELE CFO | 5847 SAN FELIPE STREET STE 3300 | | HOUSTON | TX | 77057 | | 713-789-1400 | 713-789-1430 | bvoegele@prideinternational.com |
| TOP 30 CREDITOR | ROTORCRAFT LEASING COMPANY LLC | RODGER BAGWELL EVP | 430 N EOLA RD | | BROUSSARD | LA | 70518 | | 337-837-6038 | 337-837-6036 | Ladams@rlclle.net |
| TOP 30 CREDITOR | SHER GARNER LLC | PETER HILBERT PARTNER | 909 POYDRAS ST | | NEW ORLEANS | LA | 70112 | | 504-299-2100 | 504-299-2300 | philbert@shergarner.com |
| TOP 30 CREDITOR | SIRIUS SOLUTIONS LLLP | ANGELES BELTRI CFO | 1233 WEST LOOP SOUTH STE 1800 | | HOUSTON | TX | 77027 | | 713-888-0488 | 713-888-7262 | |
| TOP 30 CREDITOR | SPECIALTIES COMPANY | WAYNE LOVE OWNER | 6401 MCGREW ST | | HOUSTON | TX | 77087 | | 713-644-1491 | 713-644-9830 | wlove@copperstaterubber.com |
| TOP 30 CREDITOR | SUPERIOR SUPPLY & STEEL | JOHN EZERNACK CFO | 318 CITIES SERVICE HWY | | SULPHUR | LA | 70663 | | 337-625-2300 | 337-625-3240 | jjohnson@supstl.com |
| TOP 30 CREDITOR | THE NACHER CORPORATION | CHRIS W FONTENOT PRESIDENT | 111 E ANGUS DR | | YOUNGSVILLE | LA | 70592-0609 | | 337-856-9144 | 337-856-9141 | chris@nacher.net |
| TOP 30 CREDITOR | TRANSCONTINENTAL GAS PIPE LINE CO LLC | PHILLIP D WRIGHT PRINCIPAL EXECUTIVE OFFICER & SVP | 2800 POST OAK BLVD | | HOUSTON | TX | 77251 | | 713-215-2000 | 713-215-2440 | phil.wright@williams.com |
| TOP 30 CREDITOR | UHY ADVISORS TX LLC | RICK STEIN PRESIDENT AND CEO | 12 GREENWAY PLAZA STE 200 | | HOUSTON | TX | 77046 | | 713-407-3888 | 713-968-7127 | jyouens@uhy-us.com |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | US TRUSTEE REGION 7 | JUDY A ROBBINS | 515 RUSK ST STE 3516 | | HOUSTON | TX | 77002 | | 713-718-4650 | | |