UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
CHARLES R. STERBACH
ASSISTANT UNITED STATES TRUSTEE
606 N. Carancahua St.
Wilson Plaza West, Suite 1107
Corpus Christi, Texas 78401
Telephone:  (361)888-3261
Facsimile:  (361)888-3263

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. |
| | § | |
| **SEAHAWK DRILLING, INC., et al.** | § | 11-20089-C-11 |
| | § | |
| Debtors | § | JOINTLY ADMINISTERED |

### NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW the United States Trustee, ("UST"), through the undersigned attorney, pursuant to § 1102(a) and 1102(b)(1) of the Bankruptcy Code, and appoints the following eligible creditors of the debtor to the official committee of unsecured creditors:

1. Brian C. Voegele - Temporary Chairman
   Pride International, Inc.
   5847 San Felipe Street, Ste. 3300
   Houston, TX 77057
   Telephone: (713)789-1400
   Email: bvoegele@prideinternational.com

2. Celena Rousse, Sr. V.P.
   Offshore Towing, Inc.
   11812 Hwy. 308
   Larose, LA 70373
   Telephone:  (985)798-7831
   E-mail: celena@offshoretowing.com

3.  Mr. Chris Dooley
    Dooley Tackaberry, Inc.
    1515 W. 13th Street
    Deer Park, TX 77536
    Telephone: (713)427-3127
    E-mail: chris.dooley@dtihome.com

        Respectfully submitted,
        JUDY A. ROBBINS
        UNITED STATES TRUSTEE

By: */s/ Charles R. Sterbach*
Charles R. Sterbach
Assistant United States Trustee
Arizona Bar No. 009315
606 N. Carancahua St., Ste. 1107
Corpus Christ, TX  78401
Telephone:  (361)888-3261
Facsimile:  (361) 888-3263

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** was served upon each member of the committee of unsecured creditors by e-mail and United States mail, first class, postage pre-paid, at the addresses listed in the Notice of Appointment, on the 24th day of February, 2011. Additionally the Debtor and Debtor's counsel were served by United States mail, first class, postage pre-paid, at the addresses listed below, on the 24th day of February, 2011.

By: */s/ Charles R. Sterbach*
Charles R. Sterbach
Assistant United States Trustee
Arizona Bar No. 009315
606 N. Carancahua St., Ste. 1107
Corpus Christ, TX  78401
Telephone:  (361)888-3261
Facsimile:  (361) 888-3263

Debtor:

Seahawk Drilling, Inc.
5 Greenway Plaza
Suite 2700
Houston, TX 77046

Debtor's Counsel:

Berry D. Spears, Esq.
Fulbright & Jaworski
600 Congress Ave., Ste. 2400
Austin, TX 78701
Email: bspears@fulbright.com