# EXHIBIT A

List of Equity Security Holders

Seahawk Drilling, Inc., et al.

List of Equity Security Holders as of February 15, 2011

| Total Shares | DTC | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8,137 | 0780 | Morgan Keegan & Co Inc | Carol Antley | 50 North Front St | | | Memphis | TN | 38103 | USA | 901-524-4154 |
| 7,893 | 2544 | The Bank of New York Mellon/Commerzb | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA | 412-236-7827 |
| 7,134 | 5043 | BMO Nesbitt Burns Inc | Louise Torangeau | 1 First Canadian Pl 13th Fl | PO Box 150 | | Toronto | ON | M5X 1H3 | CANADA | 416-359-6741 |
| 6,581 | 2116 | Fifth Third Bank | Lance Wells | 38 Fountain Square Plz | Mail Drop 1090F1 | | Cincinnati | OH | 45263 | USA | 513-744-8367 |
| 6,020 | 5011 | Scotia Capital Inc | Normita Ramirez | PO Box 4085 | Station A | | Toronto | ON | M5W 2X6 | CANADA | 416-863-7842 |
| 5,167 | 0161 | Merrill Lynch, Pierce, Fenner & Smith | Linda Morgan | 101 Hudson St | 9th Fl | | Jersey City | NJ | 07302-0000 | USA | 201-557-2158 |
| 5,100 | 2609 | JPMorgan Chase Bank Treasurer of State of OH BWC | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad W | | Mumbai | | 400 064 I00000 | INDIA | 713-216-1141 |
| 5,028 | 0608 | Newedge USA, LLC/Equity Clrg Div | Jay Spitzer | 630 Fifth Ave | Ste 500 | | New York | NY | 10111 | USA | 415-733-3098 |
| 4,723 | 0216 | American Enterprise Investment Services | Rebecca Strand | 2178 AMP Financial Ctr | | | Minneapolis | MN | 55474 | USA | 612-671-6701 |
| 4,436 | 0571 | Oppenheimer & Co Inc | Oscar Mazario | 125 Broad St | 15th Fl | | New York | NY | 10004 | USA | 212-440-4644 |
| 4,433 | 0395 | Citadel DG | Marcia Banks | 101 S Dearborn St | | | Chicago | IL | 60603 | USA | 312-395-4298 |
| 4,245 | 0547 | Baird Robert W & Co Incorporated | Dean Markofski | 777 E Wisconsin Ave | | | Milwaukee | WI | 53202 | USA | 414-298-7453 |
| 3,861 | 0750 | Sterne Agee & Leach Inc | Maribeth Williams | 813 Shades Creek Pkwy | Ste 100 B | | Birmingham | AL | 35242 | USA | 205-414-7237 |
| 3,304 | 0280 | US Bancorp Investments Inc | Kathy Dabruzzi | 60 Livingston Ave | EP MN WN2H | | St Paul | MN | 55107-1419 | USA | 800-888-4700 |
| 3,008 | 0118 | Genesis Securities LLC | Shawn Arani | 50 Broad St | 2nd Fl | | New York | NY | 10004 | USA | 626-568-0688 |
| 2,917 | 5030 | CIBC World Markets Inc | Patricia Neath | 161 Bay St | 10th Fl | | Toronto | ON | M5J 258 | CANADA | 416-681-4649 |
| 2,828 | 5063 | Penson Financial Services Inc | Robert McPhearson | 330 Bay St Ste 711 | | | Toronto | ON | M5H 2S8 | CANADA | 416-943-1473 |
| 2,759 | 0286 | SG AMERICA | Pete Scavone | 1221 Ave of the Americas | | | New York | NY | 10020 | USA | 201-839-8661 |
| 2,091 | 0445 | Stockcross Financial Services, Inc | Eleanor Pimentel | 77 Summer St | 2nd Fl | | Boston | MA | 02210-0000 | USA | 800-225-6196 |
| 2,068 | 0374 | Janney Montgomery Scott LLC | Michael Tse | 1801 Market St | 9th Fl | | Philadelphia | PA | 19103 | USA | 215-665-4487 |
| 2,006 | 0494 | Smith Moore & Co | Barbara Kraft | 7777 Bonhomme St | Ste 2400 | | Clayton | MO | 63105 | USA | 314-446-1688 |
| 1,814 | 2450 | UMB Bank National Association | Corporate Actions | 928 Grand Blvd | | | Kansas City | MO | 64106 | USA | |
| 1,734 | 2616 | PNC Bank NA | Eileen Blake | 8800 Tinicum Blvd | MS F6 F266 02 2 | | Philadelphia | PA | 19153 | USA | 215-749-6990 |
| 1,509 | 2399 | State Street Bank & Trust Co | Michael Kania | 525 William Penn Pl | | | Pittsburgh | PA | 15259 | USA | 412-236-7827 |
| 1,451 | 0103 | Wedbush Morgan Securities Inc | Hermon Alem | 1000 Wilshire Blvd | | | Los Angeles | CA | 90017 | USA | 213-688-6722 |
| 1,031 | 2971 | Suntrust Bank | Ophelia Harris | PO Box 105504 | Ctr 3141 | | Atlanta | GA | 30348-5504 | USA | 404-827-6847 |
| 1,000 | 0455 | Ridge Clearing & Outsourcing Solutions Inc Santader | Matt Freifeld | 1981 Marcus Ave | Ste 100 | | Lake Success | NY | 11042 | USA | 516-472-5228 |
| 900 | 5009 | Qtrade Securities Inc | Joseph Chau | Ste 1920 One Bentall Centre | 505 Burrard St | | Vancouver | BC | V7X 1M6 | CANADA | 604-631-6013 |
| 863 | 0425 | ABN AMRO Incorporated | Peter Russomondo | 499 Washington Blvd | | | Jersey City | NJ | 07310 | USA | 201 427-4264 |
| 839 | 0100 | BNY Convergex Execution Solutions LLC | H Steve Griffith | 11486 Corporate Blvd | Ste 375 | | Orlando | FL | 32817 | USA | 407-608-1975 |
| 818 | 0992 | M & I Marshall & Ilsley Bank | Reorg Dept | 11270 West Park Pl | Ste 400 | | Milwaukee | WI | 53224 | USA | |
| 799 | 2039 | SEI Private Trust Co | Dan Cwalina | One Freedom Valley Dr | | | Oaks | PA | 19456 | USA | 610-676-1126 |
| 738 | 0018 | BMO Nesbitt Burns Trading Corp SA | Mark Schaffer | 3 Times Square | 28th Fl | | New York | NY | 10036 | USA | |
| 700 | 0308 | Lazard Capital Markets LLC | Stewart Suchotliss | 30 Rockefeller Plz | 19th Fl | | New York | NY | 10020 | USA | 212-632-6000 |
| 631 | 0701 | Primevest Financial Services Inc | Angela Handeland | 400 1st St South | Ste 300 | | St Cloud | MN | 56301 | USA | 320-656-4586 |
| 545 | 0269 | Maple Securities USA Inc | Mark Elliott | 10 Exchange Pl | Ste 2600 | | Jersey City | NJ | 07302 | USA | 416-350-8249 |
| 539 | 4818 | Fiducie Desjardins Inc | Martine Sioui | 1 Complexe Desjardins | South Tower | 2nd Fl | Montreal | QC | | CANADA | 514-286-3258 |
| 500 | 2139 | Glenmede Trust Company NA The | Darlene Warren | One Liberty Pl Ste 1200 | 1650 Market St | | Philadelphia | PA | 19103 | USA | 215-419-6083 |
| 500 | 5046 | Canaccord Capital Corporation | Aaron Caughlan | 609 2200 Granville St | | | Vancouver | BC | V7Y 1H2 | CANADA | |
| 424 | 0768 | JJB Hilliard WL Lyons Inc | Richard Gelles | 500 W Jackson St | Ste 700 | | Louisville | KY | 40202 | USA | 502-588-8419 |
| 369 | 0049 | BNP Paribas Securities Corp | Creighton Douglass | 555 Croton Rd | | | King of Prussia | PA | 19406 | USA | 610-491-1421 |
| 347 | 2932 | Mitsubishi UFJ Trust & Banking Corp | Richard Wenshoski | 420 Fifth Ave | 6th Fl | | New York | NY | 10018 | USA | 212-307-3461 |
| 307 | 0309 | First Southwest Co | Kevin Miller | 325 N St Paul | Ste 800 | | Dallas | TX | 75201 | USA | 214-953-8802 |
| 306 | 2622 | Texas Treasury Safekeeping Trust | Janie Dominguez | 208 E 10th St | Rm 410 | | Austin | TX | 78710 | USA | 512-475-4365 |
| 265 | 2678 | SSB & T Co/Client Custody Services | Robert J Ray | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | USA | 617-985-1136 |
| 202 | 2027 | Wells Fargo Bank, National Association | Kevin St Louis | 733 Marquette Ave | MAC N9306 057 5th Fl | | Minneapolis | MN | 55402 | USA | 612-316-1388 |
| 173 | 8153 | Crosse International Securities Inc | Michael Lackey | 1301 5th Ave | Ste 3024 | | Seattle | WA | 98101 | USA | 206-624-6651 |
| 158 | 0715 | Davenport & Company LLC | Kim Nieding | 901 E Cary St | 11th Fl | | Richmond | VA | 23219 | USA | 804-780-2141 |
| 105 | 5099 | CDS Clearing & Depository Services | Loretta Verelli | 600 de Maisonneuve Blvd W | Ste 210 | | Montreal | QC | H3A 3J2 | CANADA | 514-848-6134 |
| 98 | 0341 | Octeg LLC | Robert Doebler | 141 W Jackson Blvd | | | Chicago | IL | 60604 | USA | 312-334-4767 |
| 94 | 2032 | Citibank/The Citigroup Private Bank | Olga Molina | 333 W 34th St | 3rd Fl | | New York | NY | 10001 | USA | 212-615-9819 |
| 89 | 0702 | Clearview Correspondent Services LLC | Linda Miller | 8006 Discovery Dr | | | Richmond | VA | 23229 | USA | 804-253-6445 |
| 79 | 0013 | Sanford C Bernstein & Co LLC | Tiffany Harris | One North Lexington Ave | | | White Plains | NY | 10601 | USA | 914-993-2787 |
| 75 | 0419 | Stephens Inc | Linda Thompson | 111 Ctr St | 4th Fl | | Little Rock | AR | 72201 | USA | 501-377-2201 |
| 66 | 0467 | PWMCO LLC | Ted Hans | 311 S Wacker Dr | Fl 60 | | Chicago | IL | 60606 | USA | 312-356-6872 |
| 66 | 2205 | Keybank National Association | Karen Bednarski | 4900 Tiedman | Mail Code OH 01 49 0230 | | Brooklyn | OH | 44114 | USA | 216-813-4005 |
| 62 | 0727 | Mesirow Financial Inc | Steve Raschke | 353 N Clark St | | | Chicago | IL | 60610 | USA | 312-595-6143 |
| 58 | 2012 | CREST International Nominees Limited | Nathan Ashworth | 33 Cannon St | | | London | | EC4M 5SB | UNITED KINGDOM | 44-20-784-9009 |
| 57 | 0695 | Fortis Clearing Americas LLC | Dave Kot | 175 W Jackson Blvd | Ste 400 | | Chicago | IL | 60605 | USA | 312-604-8046 |
| 54 | 0295 | Knight Clearing Services LLC | Janica Brink | 545 Washington Blvd | | | Jersey City | NJ | 07310 | USA | 201-557-6987 |
| 46 | 2067 | Union Bank & Trust Co | Tammy Engle | c o Proxytrust | PO Box 11126 | | Hauppauge | NY | 11788-0934 | USA | 402-323-1327 |
| 40 | 2312 | The Bank of New York Mellon/DBTC Ame | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA | 412-236-7827 |

Seahawk Drilling, Inc., et al.

List of Equity Security Holders as of February 15, 2011

| Total Shares | DTC | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 0574 | Crowell Weedon & Co | George Lewis | 624 S Grand Ave | 25th Fl | | Los Angeles | CA | 90017 | USA | 213-620-1850 |
| 33 | 0971 | Regions Bank | Gregory Russ | 250 Riverchase Pkwy East | | | Birmingham | AL | 35244 | USA | 205-560-5557 |
| 29 | 2319 | SSB Trust Custody | Ed Chaney | 1200 Crown Colony Dr | | | Quincy | MA | 02169-0000 | USA | 617-537-3214 |
| 27 | 0456 | Commerz Markets Equity Finance | Howard Dash | 1301 Ave of the Americas | 10th Fl | | New York | NY | 10019 | USA | 212-895-6538 |
| 27 | 0549 | Timber Hill LLC | Maria Tardio | 1 Pickwick Plz | | | Greenwich | CT | 06830-0000 | USA | 203-618-5888 |
| 25 | 0361 | D A Davidson & Co | Rita Linskey | PO Box 5015 | | | Great Falls | MT | 59403 | USA | 406-791-7354 |
| 19 | 5144 | David Lerner Associates, Inc | Larry Kampf | 477 Jerico Turnpike | | | Syosset | NY | 11791-9006 | USA | 516-465-5803 |
| 17 | 0816 | HSBC Securities USA Inc | Chris Armato | 1 West 39th St | | | New York | NY | 10018 | USA | 212-525-3576 |
| 13 | 0124 | Ingalls & Snyder LLC | Michael Scura | 61 Broadway | 31st Fl | | New York | NY | 10006 | USA | 212-269-7884 |
| 13 | 2042 | Reliance Trust Company/SWMS1 | Ann Ecker | 7650 Magna Dr | | | Belleville | IL | 62223 | USA | 618-239-4450 |
| 13 | 2154 | Banc of America Securities/BNP PAR PB | Gene Banfi | 525 Washington Blvd | 9th Fl | | Jersey City | NJ | 07310-0000 | USA | 201-850-5287 |
| 13 | 2164 | JPMorgan Chase Bank/Correspondence C | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad W | | Mumbai | | 400 064 10000 | INDIA | 713-216-1141 |
| 9 | 0355 | Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | | New York | NY | 10010 | USA | 212-538-6462 |
| 6 | 8084 | Alliant Securities Inc Turner Nor | Melody Grinnell | 695 North Legacy Ridge Dr | Ste 300 | | Liberty Lake | WA | 99019 | USA | 509-747-9144 |
| 4 | 0987 | Fiduciary SSB | Stephen M Moran | 225 Franklin St | MAO 3 | | Boston | MA | 02110 | USA | 617-664-1093 |
| 2 | 2852 | Trustmark National Bank | Ralph Clark | 248 East Capital St | Ste 580 | | Jackson | MS | 39201 | USA | 601-208-5878 |