UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **Seahawk Drilling, Inc.,** *et al.*, | * | **Case No.: 11-20089-RSS** |
| | * | |
| Debtors. | * | **Jointly Administered** |
| | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** of the appearance of Tristan E. Manthey and the firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., as proposed counsel to the Official Committee of Unsecured Creditors,[1] who hereby enter an appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9017 and Sections 342 and 1109(b) of the Bankruptcy Code, that all notices, orders, judgments, petitions, plans, disclosure statements, requests, pleadings, applications, motions, complaints or demands, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, telegraph, telex, e-mail, or otherwise in the captioned case, including but not limited to, all such documents in all adversary proceedings, be given to, and served upon the following:

Notices should be sent to:

Tristan E. Manthey
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: 504-299-3300
Facsimile: 504-299-3399
Email: tmanthey@hellerdraper.com

---

[1] The Committee of Unsecured Creditors was appointed by the United States Trustee [P-107].

{00313828-2}

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments available under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

February 28, 2011.

Respectfully submitted,

_____
Tristan E. Manthey (Texas Bar No. 24042731)
**Heller, Draper, Hayden, Patrick & Horn, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Fax: (504) 299-3399
**Proposed Counsel for Official Committee of Unsecured Creditors**

{00313828-2}