UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc., *et al.*, | § | Case No.: 11-20089-RSS |
| | § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF (i) ADJOURNMENT OF FINAL HEARING TO APPROVE THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS TO HERCULES OFFSHORE, INC. PURSUANT TO SECTIONS 105, 363, AND 365 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6006, 9007, AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND (ii) AMENDED DEADLINES FOR FILING OBJECTIONS TO (1) THE PROPOSED SALE AND (2) THE PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND PAYMENT OF CURE CLAIMS DUE IN CONNECTION THEREWITH AND (iii) ADJOURNMENT OF THE PRE-TRIAL CONFERENCE ON THE SALE MOTION**

PLEASE TAKE NOTICE that, on February 11, 2011, Seahawk Drilling, Inc. and the above-captioned affiliated debtors (collectively, the "**Debtors**"), filed their Emergency Motion Pursuant To Sections 105, 363 and 365 of the Bankruptcy Code And Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules Of Bankruptcy Procedure, for an Order (i) Scheduling an Expedited Hearing To Approve The Sale of Substantially All of the Debtors' Assets; (ii) Setting Deadlines for Filing Objections To (1) the Proposed Sale and (2) the Proposed Assumption and Assignment of Executory Contracts and the Payment of Cure Claims in Connection Therewith; and (iii) Approving the Form and Manner of Notice Thereof (the "**Sale Motion**"). On February 15, 2011, the Court entered an order setting a final hearing on the Sale Motion and setting certain deadlines for filing objections to the Sale Motion.

PLEASE TAKE FURTHER NOTICE that a complete copy of the Sale Motion and all case-related pleadings are publicly available on a website maintained by the Debtors' Noticing Agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/seahawk and can also be accessed by contacting the Clerk of the Bankruptcy Court.

-1-

PLEASE TAKE FURTHER NOTICE that, by agreement of the Debtors, the Purchaser, the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders, on March 3, 2011, the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division (the "**Court**") entered an order [Dkt. No. 147], among other things, adjourning the hearing dates for the pre-trial conference and final hearing to approve the Sale Motion and amended the deadlines for filing objections thereto.

PLEASE TAKE FURTHER NOTICE that the Court has adjourned the pre-trial conference on the Sale Motion to **March 18, 2011 at 10:00 a.m. (CST)** before the Honorable Richard S. Schmidt, United States Bankruptcy Judge, United States Courthouse, 1133 N. Shoreline Blvd., Second Floor, Corpus Christi Texas 78401.

PLEASE TAKE FURTHER NOTICE that the Court has adjourned the final hearing (the "**Sale Hearing Date**") to **March 22, 2011** at **10:00 a.m. (CST)** before the Honorable Richard S. Schmidt, United States Bankruptcy Judge, United States Courthouse, 1133 N. Shoreline Blvd., Second Floor, Corpus Christi, Texas 78401 to consider entry of an final order authorizing and approving (i) the sale of substantially all the Debtors' assets to Hercules Offshore, Inc. ("**Purchaser**") free and clear of all liens, claims, encumbrances and interests; and (ii) authorizing the assumption and assignment of certain executory contracts (the "**Assigned Contracts**") in connection therewith. The Sale Hearing may, however, be adjourned from time to time by announcement at the Sale Hearing in open Court, without notice.

PLEASE TAKE FURTHER NOTICE that the Debtors propose to sell substantially all of their assets (the "**Purchased Assets**") to Purchaser free and clear of any liens, claims, encumbrances, or interests pursuant to 363(f) of the United States Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that objections, if any, that relate to the proposed Assigned Contracts (including, but not limited to, any objections relating to the validity of the

cure amounts listed on Exhibit 1 hereto as determined by the Debtors or to otherwise assert that any amounts, defaults, conditions, or pecuniary losses must be cured or satisfied under any of the Assigned Contracts as the Sale Hearing Date) (a "**Cure Objection**") shall be filed and served so as to be actually received by Debtors' counsel, Fulbright & Jaworski L.L.P., Attn: Berry D. Spears, Esq., 1301 McKinney, Suite 5100, Houston, Texas 77010 and counsel to the Purchaser, Thompson & Knight L.L.P., Attn: Rhett G. Campbell, Esq., 333 Clay Street, Suite 3300, Houston, Texas 77002 by **March 17, 2011 at 3:00 p.m. (CST)** (the "**Cure Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that except as limited herein, unless a Cure Objection is filed and served by a party to an Assigned Contract or a party interested in an Assigned Contract by the Cure Objection Deadline, all interested parties who have received actual or constructive notice hereof shall be deemed to have waived and released any right to assert a Cure Objection and to have otherwise consented to the assignment of the Assigned Contract and shall be forever barred and estopped from asserting or claiming that any additional amounts are due or defaults exist, or conditions to assignment must be satisfied, under such assigned contract for the period prior to the Sale Hearing Date, against the Debtors, the Purchaser, or any other assignee of the relevant Assigned Contract.

PLEASE TAKE FURTHER NOTICE that objections, if any, that relate to any other aspect of the proposed sale of the Purchased Assets (a "**Sale Objection**") shall be filed and served so as to be actually received by Debtors' counsel, Fulbright & Jaworski L.L.P., Attn: Berry D. Spears, Esq., 1301 McKinney, Suite 5100, Houston, Texas 77010, counsel to the Purchaser, Thompson & Knight L.L.P., Attn: Rhett G. Campbell, Esq., 333 Clay Street, Suite 3300, Houston, Texas 77002, and all other parties entitled to notice, by **March 17, 2011 at 3:00 p.m. (CST)**. Any Sale

Objection shall set forth in writing and with particularity the factual and legal basis being asserted as the basis of such objection and be filed by a party with standing.

PLEASE TAKE FURTHER NOTICE that hearings with respect to Cure Objections and Sale Objections may be held (a) at the Sale Hearing; or (b) at such other date as the Court may designate.

PLEASE BE FURTHER ADVISED that all additional requests for information concerning the sale of the Purchased Assets should be in writing directed to Debtors' counsel, Berry D. Spears and Johnathan C. Bolton, Fulbright & Jaworski L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010-3095, with a copy to Seahawk Drilling, Inc., Attn: General Counsel, 5 Greenway Plaza, Suite 2700, Houston, Texas 77046.

Dated: March 3, 2011

Respectfully submitted,

**FULBRIGHT & JAWORSKI L.L.P.**

By:  __/s/  Berry D. Spears_____
    Berry D. Spears
    State Bar No. 18893300
    Johnathan C. Bolton
    State Bar No. 24025260
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile:  (713) 651-5246
bspears@fulbright.com
jbolton@fulbright.com

and

**JORDAN, HYDEN, WOMBLE,
CULBRETH & HOLZER P.C.**
Shelby A. Jordan
State Bar No. 11016700
Nathanial Peter Holzer
State Bar No. 00793971
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401-0341
Telephone: (361) 653-6624
Facsimile:  (361) 888-5555
sjordan@jhwclaw.com
pholzer@jhwclaw.com

**ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| A & H ARMATURE WORKS INC | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $9,914.00 |
| A & L REPAIR SERVICES, LLC | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| ACE USA | INSURANCE POLICY<br>FOREIGN ONSHORE CASUALTY POLICY<br>POLICY NO. PHF D37500549 | $0.00 |
| ANGEL AIR REPAIR & SPECIALTY COMPANY | SERVICE AGREEMENT<br>PNEUMATIC REPAIRS, SALES AND SERVICING AGREEMENT AND RELATED AMENDMENTS<br>CONTRACT START DATE:06/01/2009 | $0.00 |
| ARAMARK US OFFSHORE SERVICES, LLC | CATERING AGREEMENT<br>RIG-BASED CATERING SERVICES AGREEMENT<br>CONTRACT START DATE:03/15/2010 | $0.00 |
| ARENA OFFSHORE | DRILLING CONTRACT<br>SEAHAWK 2602 (PRIDE MISSOURI) DRILLING AGREEMENT<br>CONTRACT START DATE:12/03/2010 | $0.00 |
| ARENA OFFSHORE | DRILLING CONTRACT<br>SEAHAWK 3000 (PRIDE TEXAS) DRILLING SERVICES AGREEMENT<br>CONTRACT START DATE:7/28/2010 | $0.00 |
| ASPEN INSURANCE UK | INSURANCE POLICY<br>GENERAL LIABILITY POLICY<br>POLICY NO. MS-S3383 (MSW) | $0.00 |
| ASPEN INSURANCE UK | INSURANCE POLICY<br>PRIMARY EXCESS POLICY<br>POLICY NO. MS-S3385 (MSW) | $0.00 |
| ASPEN INSURANCE UK | INSURANCE POLICY<br>PROTECTION & INDEMNITY POLICY<br>POLICY NO. MS-S3384 (MSW) | $0.00 |
| AT&T | SERVICE AGREEMENT<br>VOICE/DATA STANDARD SERVICES AGREEMENT AT THE BROUSSARD LOCATION<br>CONTRACT START DATE:01/28/2010 | $10,274.51 |
| AT&T | SERVICE AGREEMENT<br>WIRELESS SERVICES AGREEMENT<br>CONTRACT START DATE:05/08/2009 | $0.00 |

Case 11-20089   Document 148   Filed in TXSB on 03/03/11   Page 7 of 15

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| AXIS INSURANCE COMPANY | INSURANCE POLICY<br>EMPLOYMENT PRACTICES LIABILITY POLICY<br>POLICY NO. MHN719759012010 | $0.00 |
| AXON ENERGY PRODUCTS AS | MASTER SERVICE AGREEMENT<br>PARENT OF CHURCH SERVICES<br>& DRILLING CONTROLS SERVICING<br>AGREEMENT AND BOP CERTIFICATIONS<br>CONTRACT START DATE:06/16/2010 | $0.00 |
| BADGER OIL | DRILLING CONTRACT<br>SEAHAWK 3000 (PRIDE TEXAS) DRILLING<br>SERVICES AGREEMENT<br>CONTRACT START DATE:6/28/2010 | $0.00 |
| BEAZLEY LLOYD'S SYNDICATE | INSURANCE POLICY<br>2ND EXCESS D&O LIABILITY POLICY<br>POLICY NO. D100123 | $0.00 |
| BLUE CROSS AND BLUE SHIELD OF TEXAS | THIRD PARTY PROFESSIONAL AGREEMENT<br>CLAIMS ADMINISTRATION SERVICES<br>AGREEMENT WITH BCBS<br>CONTRACT START DATE:01/01/2010 | $0.00 |
| BOHEN CRANE AND EQUIPMENT REPAIR, LLC | SERVICE AGREEMENT<br>STORAGE AND BROKERAGE SERVICE<br>AGREEMENT RELATING TO TWO CRANES<br>CONTRACT START DATE:06/07/2010 | $0.00 |
| BUSINESSSOLVER, INC. | SERVICE AGREEMENT<br>HR BENEFITS CONSULTING SERVICES<br>AGREEMENT<br>CONTRACT START DATE:07/07/2009 | $0.00 |
| BUSINESSSOLVER.COM, INC. | SERVICE CONTRACT<br>BUSINESS ASSOCIATE AGREEMENT<br>CONTRACT START DATE: 11/05/2009 | $0.00 |
| BUSINESSSOLVER.COM, INC. | SERVICE CONTRACT<br>COBRA INSURANCE ADMINISTRATIVE<br>SERVICES AGREEMENT<br>CONTRACT START DATE: 10/05/2009 | $0.00 |
| BUSINESSSOLVER.COM, INC. | SERVICE CONTRACT<br>ENROLLMENT AND ELIGIBILITY SERVICES<br>AGREEMENT<br>CONTRACT START DATE: 10/05/2009 | $0.00 |
| CAD CONTROL SYSTEMS | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $9,754.65 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| CAPGEMINI U.S., LLC | SERVICE AGREEMENT<br>MASTER SERVICE AGREEMENT<br>CONTRACT START DATE:01/15/2010 | $30,000.00 |
| CAPGEMINI U.S., LLC | STATEMENT OF WORK<br>NETWORK AND SERVER HOSTING AGREEMENT<br>CONTRACT START DATE:03/19/2010 | $0.00 |
| CAPGEMINI U.S., LLC | STATEMENT OF WORK<br>SAP SUPPORT SERVICES AGREEMENT<br>CONTRACT START DATE:05/07/2010 | $0.00 |
| CAPGEMINI U.S., LLC | STATEMENT OF WORK<br>SAP INSTALLATION & TRAINING SERVICES AGREEMENT<br>CONTRACT START DATE:02/15/2010 | $0.00 |
| CAPGEMINI U.S., LLC | CONFIDENTIALITY AGREEMENT<br>NON-DISCLOSURE AGREEMENT RELATING TO A POTENTIAL TRANSACTION WITH THE COMPANY<br>CONTRACT START DATE:01/12/2010 | $0.00 |
| CHEVRON U.S.A. | DRILLING CONTRACT<br>SEAHAWK 2601 (PRIDE KANSAS) DRILLING AGREEMENT<br>CONTRACT START DATE:11/13/2010 | $0.00 |
| CHURCH ENERGY SERVICES LTD. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| COGENT COMMUNICATIONS, INC. | SERVICE AGREEMENT<br>TELECOMMUNICATIONS SERVICES AGREEMENT<br>CONTRACT START DATE:02/19/2010 | $0.00 |
| COMCAST | SERVICE AGREEMENT<br>BUSINESS CLASS TELEVISION COMMERCIAL SERVICES AGREEMENT<br>CONTRACT START DATE:02/25/2010 | $52.56 |
| CONTINENTAL CASUALTY COMPANY | INSURANCE POLICY<br>BOILER & MACHINERY POLICY<br>POLICY NO. 4015463105 | $0.00 |
| CONTINENTAL INSURANCE COMPANY (CNA) | INSURANCE POLICY<br>COMMERCIAL CRIME POLICY<br>POLICY NO. 28742635 | $0.00 |
| COX BUSINESS | SERVICE AGREEMENT<br>INTERNET SERVICES FOR THE BROUSSARD, LA FIELD OFFICE<br>CONTRACT START DATE:12/01/2009 | $124.00 |

Case 11-20089 Document 148 Filed in TXSB on 03/03/11 Page 9 of 15

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| DISCOVERY BENEFITS, INC. | SERVICE AGREEMENT<br>AGREEMENT FOR THE ESTABLISHMENT AND OPERATION OF SEAHAWK'S CAFETERIA PLAN, HEALTH FSA AND DEPENDENT CARE FSA<br>CONTRACT START DATE:01/01/2010 | $0.00 |
| DON ABNEY, INC. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| ENERGY XXI | DRILLING CONTRACT<br>SEAHAWK 3000 (PRIDE TEXAS) DRILLING SERVICES AGREEMENT<br>CONTRACT START DATE:07/05/2010 | $0.00 |
| ENI | DRILLING CONTRACT<br>SEAHAWK 2001 (PRIDE ARKANSAS) DRILLING SERVICES AGREEMENT<br>CONTRACT START DATE:11/22/2010 | $0.00 |
| FEDERAL INSURANCE COMPANY | INSURANCE POLICY<br>NON-OWNED AIRCRAFT POLICY<br>POLICY NO. 9958175901 | $0.00 |
| FEDERAL INSURANCE COMPANY (CHUBB) | INSURANCE POLICY<br>PRIMARY DIRECTORS & OFFICERS (D&O) LIABILITY POLICY<br>POLICY NO. 82121337 | $0.00 |
| GALLAGHER BENEFIT SERVICES, INC. | SERVICE CONTRACT<br>CONSULTING SERVICES AGREEMENT<br>CONTRACT START DATE: 06/10/2009 | $0.00 |
| HALL HOUSTON OIL CO. | CUSTOMER CONTRACT | $0.00 |
| HCC SPECIALTY INSURANCE COMPANY | INSURANCE POLICY<br>FIDUCIARY LIABILITY POLICY<br>POLICY NO. 34-SMG-10-A5351 | $0.00 |
| HM LIFE INSURANCE COMPANY | INSURANCE POLICY<br>LIFE INSURANCE POLICY | $0.00 |
| HM LIFE INSURANCE COMPANY | INSURANCE POLICY<br>STOP LOSS INSURANCE AGREEMENT<br>CONTRACT START DATE: 01/01/2011 | $0.00 |
| ILLINOIS NATIONAL INSURANCE COMPANY (CHARTIS) | INSURANCE POLICY<br>3RD EXCESS D&O LIABILITY POLICY<br>POLICY NO. 04-778-81-28 | $0.00 |
| INFOSTAT SYSTEMS, INC. | LICENSING AGREEMENT<br>RIMDRILL SOFTWARE PROGRAM LICENSING AGREEMENT<br>CONTRACT START DATE:06/01/2009 | $954.00 |
| INTEGRICERT LLC | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $350.00 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC. | SERVICE CONTRACT<br>CUSTOMER AGREEMENT<br>CONTRACT START DATE:10/29/2009 | $1,576.85 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC. | SERVICE CONTRACT<br>SECURE SHREDDING SERVICES AGREEMENT<br>CONTRACT START DATE:09/18/2009 | $0.00 |
| LLOG | CUSTOMER CONTRACT | $0.00 |
| LLOYD'S OF LONDON AND SYNDICATES | INSURANCE POLICY<br>$100M XS $100M POLICY<br>POLICY NO. MS-S3395 (MSW) | $0.00 |
| LLOYD'S OF LONDON AND SYNDICATES | INSURANCE POLICY<br>MARINE PACKAGE (SECT II) POLICY<br>POLICY NO. MS-S3394 (MSW) | $0.00 |
| LLOYD'S OF LONDON AND SYNDICATES | INSURANCE POLICY<br>MARINE PACKAGE POLICY<br>POLICY NO. MS-S3394 (MSW) | $0.00 |
| MAD LTD. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| MANAGED HEALTH NETWORK | SERVICE CONTRACT<br>EMPLOYEE ASSISTANCE PROGRAM SERVICES AGREEMENT<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| MARINE SYSTEMS, INC. | MASTER SERVICE AGREEMENT<br>DIESEL ENGINE REPAIR SERVICES AGREEMENT<br>CONTRACT START DATE:11/02/2009 | $24,462.77 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | SERVICE AGREEMENT<br>INSURANCE - AUTOMATIC SERVICES AGREEMENT<br>CONTRACT START DATE:11/24/2009 | $0.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | SERVICE AGREEMENT<br>PROVIDES DETAILED OUTLINE OF ALL OF THE ADMINISTRATIVE SERVICES THAT ARE TO BE PERFORMED UNDER THE AGREEMENT<br>CONTRACT START DATE:01/01/2010 | $0.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | EMPLOYEE BENEFIT PLAN<br>401(K) BENEFIT PLANNING SERVICES AGREEMENT<br>CONTRACT START DATE:01/01/2010 | $0.00 |

Case 11-20089 Document 148 Filed in TXSB on 03/03/11 Page 11 of 15

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | EMPLOYEE BENEFIT PLAN<br>AGENT COMMISSIONS AND BENEFITS PLAN AGREEMENT<br>CONTRACT START DATE:01/01/2010 | $0.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | EMPLOYEE BENEFIT PLAN<br>INVESTMENT SERVICES AGREEMENT<br>CONTRACT START DATE:01/01/2010 | $0.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | EMPLOYEE BENEFIT PLAN<br>INVESTMENT OPTION EVALUATION SERVICES AGREEMENT RELATING TO EMPLOYEE BENEFITS PLAN<br>CONTRACT START DATE:04/30/2010 | $0.00 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | EMPLOYEE BENEFITS PLAN<br>PS - 401(K) NONSTANDARDIZED PROTOTYPE PROFITS SHARING PLAN AGREEMENT - CONTRACT NO. 060412-0001-0000<br>CONTRACT START DATE: 12/2/2009 | $0.00 |
| MASTER RIG INTERNATIONAL LLC | SERVICE AGREEMENT<br>STORAGE SERVICES AGREEMENT AND RELATED AMENDMENTS<br>CONTRACT START DATE: 02/09/2011 | $7,900.00 |
| MATTHEWS-DANIEL COMPANY | SERVICE AGREEMENT<br>MARINE WARRANTY SERVICES AGREEMENT<br>CONTRACT START DATE:06/05/2009 | $1,500.00 |
| MAX AMERICA INSURANCE COMPANY | INSURANCE POLICY<br>DOMESTIC ONSHORE PROPERTY POLICY<br>POLICY NO. MAXA6IM0010947 | $0.00 |
| MCGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC. | INSURANCE POLICY<br>BROKERAGE SERVICE AGREEMENT FOR INSURANCE POLICIES<br>CONTRACT START DATE:08/24/2010 | $0.00 |
| MCGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC. | CONFIDENTIALITY AGREEMENT<br>SEAHAWK FORM NDA<br>CONTRACT START DATE:05/06/2010 | $0.00 |
| MCGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC. | INSURANCE POLICY<br>BROKERAGE SERVICE AGREEMENT FOR INSURANCE POLICIES<br>CONTRACT START DATE:06/30/2010 | $0.00 |
| METLIFE | INSURANCE POLICY<br>DISABILITY INCOME INSURANCE: LONG TERM BENEFITS<br>CONTRACT START DATE: 01/01/2010 | $0.00 |

Case 11-20089   Document 148   Filed in TXSB on 03/03/11   Page 12 of 15

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| METLIFE | INSURANCE POLICY<br>DISABILITY INCOME INSURANCE: SHORT TERM BENEFITS FOR FULL-TIME SHORE BASED EMPLOYEES<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| METLIFE | INSURANCE POLICY<br>GROUP INSURANCE POLICY - LIFE, ACCIDENTAL DEATH, AND DISABILITY BENEFITS<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| METLIFE | INSURANCE POLICY<br>PLAN FOR BASIC LIFE, SUPPLEMENTAL LIFE, DEPENDENT LIFE, ACCIDENTAL DEATH, SUPPLEMENTAL DEATH, AND DEPENDENT DEATH INSURANCE PLANS AND RELATED ADDENDA<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| METROPOLITAN LIFE INSURANCE COMPANY | SERVICE CONTRACT<br>ADMINISTRATIVE SERVICES AGREEMENT<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| NATIONAL GUARDIAN LIFE INSURANCE COMPANY | INSURANCE POLICY<br>GROUP VISION INSURANCE PLAN<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| NATIONAL GUARDIAN LIFE INSURANCE COMPANY | INSURANCE POLICY<br>GROUP VISION INSURANCE PLAN<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| NATIONAL OILWELL VARCO, LP | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| ODL, INC. | SERVICE AGREEMENT<br>MASTER SERVICES AGREEMENT | $0.00 |
| ODS - PETRODATA, INC. | SERVICE CONTRACT<br>SUBSCRIPTION AND DATA LICENSE AGREEMENT AND ASSOCIATED PRODUCT ATTACHMENT AGREEMENT<br>CONTRACT START DATE:09/23/2009 | $0.00 |
| OES OILFIELD SERVICES | MASTER SERVICE AGREEMENT<br>NDT, LIFTING GEAR INSPECTION AND SURVEYING SERVICES AGREEMENT<br>CONTRACT START DATE:06/15/2009 | $0.00 |
| OFFSHORE EQUIPMENT SOLUTIONS | SALES AGREEMENT<br>STORAGE SERVICES AGREEMENT AND RELATED AMENDMENTS<br>CONTRACT START DATE: 02/09/2011 | $13,059.82 |

Case 11-20089   Document 148   Filed in TXSB on 03/03/11   Page 13 of 15

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| PARTNERS CONSULTING | SERVICE AGREEMENT<br>IT CONSULTING AGREEMENT<br>CONTRACT START DATE:06/01/2009 | $0.00 |
| PARTNERS CONSULTING | SERVICE AGREEMENT<br>IT CONSULTING AGREEMENT<br>CONTRACT START DATE:06/03/2009 | $0.00 |
| QUALITY OIL TOOLS, INC. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| RESOURCES GLOBAL PROFESSIONALS | IT AGREEMENT<br>JDE OPTIMIZATION - IT SERVICES AGREEMENT<br>CONTRACT START DATE:07/27/2009 | $0.00 |
| RIGNET, INC. | MASTER PURCHASE AGREEMENT<br>DATA CIRCUITS<br>RIG COMMUNICATION EQUIPMENT<br>CONTRACT START DATE:04/01/2009 | $61,196.66 |
| RL ELDRIDGE CONSTRUCTION, INC. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| SCRIPT CARE, LTD | SERVICE CONTRACT<br>MANAGED PRESCRIPTION DRUG PROGRAM AGREEMENT<br>CONTRACT START DATE: 01/01/2010 | $0.00 |
| SEATRAX SERVICES, INC. | SALES AGREEMENT<br>STORAGE SERVICES AGREEMENT AND RELATED AMENDMENTS<br>CONTRACT START DATE: 02/09/2011 | $0.00 |
| SEATRAX SERVICES, INC. | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY/TRAVELERS | INSURANCE POLICY<br>AUTOMOBILE LIABILITY POLICY<br>POLICY NO. VA04200142 | $0.00 |
| SUNGARD AVAILABILITY SERVICES, LP | MASTER SERVICE AGREEMENT<br>VPN, INTERNET, SAN HOSTING SERVICES AGREEMENT<br>CONTRACT START DATE:08/01/2009 | $0.00 |
| SURVIVAL SYSTEMS INTERNATIONAL, INC. | SALES AGREEMENT<br>STORAGE SERVICES AGREEMENT AND RELATED AMENDMENTS<br>CONTRACT START DATE: 02/09/2011 | $31,897.53 |
| T3 ENERGY SERVICES | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $2,800.00 |

Case 11-20089   Document 148   Filed in TXSB on 03/03/11   Page 14 of 15

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| TARPON OFFSHORE VENTURES | DRILLING CONTRACT<br>SEAHAWK 2600 (PRIDE ALASKA) DRILLING AGREEMENT<br>CONTRACT START DATE:11/22/2010 | $0.00 |
| THE PHOENIX INSURANCE COMPANY | INSURANCE POLICY<br>WORKERS' COMPENSATION/EMPLOYERS LIABILITY/USLH POLICY<br>POLICY NO. HN-UB-3269R14110 | $0.00 |
| THE STATE OF TEXAS - GENERAL LAND OFFICE | LEASE AGREEMENT<br>STORAGE OF SEAHAWK 2008 RIG LAND LEASE AGREEMENT<br>CONTRACT START DATE:12/01/2009 | $0.00 |
| THE ULTIMATE SOFTWARE GROUP, INC. | SERVICE AGREEMENT<br>COMPUTER INTEGRATION TRAINING AND CONSULTING SERVICES<br>CONTRACT START DATE:04/08/2009 | $0.00 |
| THE ULTIMATE SOFTWARE GROUP, INC. | SERVICE AGREEMENT<br>ULTIPRO SOFTWARE, AND AMENDMENTS RELATING TO DATA EXCHANGE SERVICES AND TESTING ENVIRONMENT SERVICES AGREEMENT<br>CONTRACT START DATE:04/08/2009 | $0.00 |
| T-MOBILE USA, INC. | SALES AGREEMENT<br>CELL PHONE SERVICE PURCHASE AGREEMENT<br>CONTRACT START DATE:08/24/2009 | $2,089.27 |
| TRIDRILL, INC. | MASTER SERVICE AGREEMENT<br>NDT / TUBULAR INSPECTION SERVICES AGREEMENT<br>CONTRACT START DATE:06/15/2009 | $0.00 |
| U.S. SPECIALTY INSURANCE COMPANY (THROUGH PIA) | INSURANCE POLICY<br>SPECIAL CRIME COVERAGE POLICY<br>POLICY NO. U7985690 | $0.00 |
| US SPECIALTY INSURANCE COMPANY (HCC GLOBAL) | INSURANCE POLICY<br>1ST EXCESS D&O LIABILITY POLICY<br>POLICY NO. 34MGU10A22073 | $0.00 |
| VERIZON WIRELESS | ASSIGNMENT AGREEMENT OF LIABILITY FROM PRIDE TO SEAHAWK<br>CONTRACT START DATE:05/27/2009 | $5,430.70 |
| VERIZON WIRELESS | SERVICE AGREEMENT<br>TELECOMMUNICATIONS SERVICES AGREEMENT<br>CONTRACT START DATE:01/25/2010 | $0.00 |

Seahawk Drilling Inc. et al
Exhibit 1 To Sale Hearing Notice
Cure Amounts for the Assumed Contracts

| Contract Counterparty | Schedule Description | Cure Amount as of 2/15/11 |
|---|---|---|
| WADLEIGH OFFSHORE EQUIPMENT SOLUTIONS | SERVICE CONTRACT<br>MASTER SERVICE AGREEMENT | $0.00 |
| WALTER OIL AND GAS | DRILLING CONTRACT<br>SEAHAWK 2004 (PRIDE MISSISSIPPI) DRILLING AGREEMENT<br>CONTRACT START DATE:12/03/2010 | $0.00 |
| XL SPECIALTY INSURANCE COMPANY | INSURANCE POLICY<br>EXCESS CLASSIC A - SIDE MANAGEMENT LIABILITY POLICY<br>POLICY NO. ELU118343-10 | $0.00 |