

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
03/04/2011

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc., *et al.*, | § | Case No.: 11-20089 |
| | § | |
| Debtors. | § | Jointly Administered |

151

### ORDER SETTING HEARING ON DEBTORS' EMERGENCY MOTION FOR APPROVAL OF THE SALE OF CERTAIN DE MINIMUS ASSETS IN SONORA, TEXAS PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "**Motion**") of Seahawk Drilling, Inc., *et al.* ("**Debtors**") for Expedited Consideration of Debtors' Emergency Motion For Approval Of The Sale Of Certain De Minimus Assets In Sonora, Texas Pursuant To Section 363 Of The Bankruptcy Code [Dkt. No. ___] (the "**Motion to Sell**"), and the Court finding that good cause exists to set a hearing as requested, it is hereby

**ORDERED** that a hearing on the Motion to Sell is hereby set on the Court's Docket and will be heard as follows:

DATE:     Tuesday, March 15, 2011
TIME:     10:00 a.m. CST
LOCATION: 1133 N. Shoreline Blvd., 2nd Floor
          Corpus Christi, Texas

Dated:

March 4, 2011

_____
RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE