IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc. *et al*, | § | Case No.:  11-20089 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Juliana Garcia, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims, ballot and noticing agent for the Debtors in the above-captioned cases.

On March 3, 2011, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

1. **Notice of (i) Final Hearing to Approve the Sale of Substantially All of the Debtors' Assets to Hercules Offshore, Inc. Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure and (ii) Deadlines for Filing Objections to (1) The Proposed Sale and (2) The Proposed Assumption and Assignment of Executory Contracts and the Payment of Cure Claims in Connection Therewith** [Docket No. 60; *with Exhibit 1*]

2. **Order (i) Scheduling a Final Hearing to Approve the Sale of Substantially All of the Debtors' Assets; (ii) Setting Deadlines for Filing Objection to (1) The Proposed Sale and (2) The Proposed Assumption and Assignment of Executory Contracts and the Payment of Cure Claims in Connection Therewith; and (iii) Approving the Form and Manner of Notice Thereof** [Docket No. 56]

3. **Debtors' Emergency Motion, Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure, for an Order (i) Scheduling an Expedited Hearing to Approve the Sale of Substantially All of the Debtors' Assets; (ii) Setting Deadlines for Filing Objections to (1) The Proposed Sale and (2) The Proposed Assumption and Assignment of Executory Contracts and the Payment of Cure Claims in Connection Therewith; and (iii) Approving the Form and Manner of Notice Thereof** [Docket No. 19; *with attachments 1-5*]

Dated: March 3, 2011

                                                      */s/ Juliana Garcia*
                                                          Juliana Garcia

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
(310) 823-9000

# EXHIBIT A

Exhibit A
Served via First Class Mail

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Infostat Systems, Inc | 1545 River Park Dr Ste 350 | Sacramento | CA | 95815-4617 |