UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Seahawk Drilling, Inc., *et al.*, | § § | Case No.: 11-20089-RSS |
| Debtors. | § § § | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION LENDERS, AND (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

PLEASE TAKE NOTICE that Seahawk Drilling, Inc. ("**Seahawk**" or the "**Company**") and its above-captioned affiliated debtors (collectively, the "**Debtors**"), hereby withdraws the *Debtors' Emergency Motion Pursuant to 11 U.S.C. 105, 361 and 363 for Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Lenders, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 10].

90394946.1

- 1 -

- 2 -

Dated: March 10, 2011.

      Respectfully submitted,

      **FULBRIGHT & JAWORSKI L.L.P.**

By: /s/ *Johnathan C. Bolton*
    Berry D. Spears
    State Bar No. 18893300
    Johnathan C. Bolton
    State Bar No. 24025260
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713/651-5151
Telecopier: 713/651-5246
bspears@fulbright.com
jbolton@fulbright.com

and

**JORDAN, HYDEN, WOMBLE,
CULBRETH & HOLZER P.C.**
Shelby A. Jordan
State Bar No. 11016700
Nathaniel Peter Holzer
State Bar No. 00793971
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401-0341
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
sjordan@jhwclaw.com
pholzer@jhwclaw.com

**ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION**