UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Seahawk Drilling, Inc., *et al.*, | § § | Case No.: 11-20089-RSS |
| Debtors. | § § § | Jointly Administered |

NOTICE OF (1) AGENDA AND (2) PROCEDURES FOR TELEPHONIC
APPEARANCES AT HEARINGS SCHEDULED ON
FRIDAY, MARCH 11, 2011 AT 10:00 A.M.

PLEASE TAKE NOTICE that any person desiring to appear via telephone at the hearing scheduled for **Friday, March 11, 2011 at 10:00 a.m. Central Time** should Contact CourtCall at (866) 582-6878 the day before the hearing. CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking. Each time you speak, you must identify yourself for the record. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall.

**AGENDA**

1. *Dkt. No. 9* - Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Post-Petition, Secured Financing, (II) Authorizing the Debtors to Use Cash Collateral, and (III) Scheduling a Final Hearing

    Responses Received:

    A. Objection filed by Official Committee Of Unsecured Creditors [Dkt. No. 173]

    B. Objection filed by the Official Committee of Equity Security Holders [Dkt. No. 249]

Replies Received:

    A.    Debtors' Response to the Objection Filed by the Equity Committee [Dkt. No. 272]

Related Documents/Pleadings:

    A.    Certificate of Service [Dkt. No. 29]

    B.    Notice of Proposed Interim DIP Financing Budget [Dkt. No. 30]

    C.    Declaration of Dean E. Swick [Dkt No. 35]

    D.    Interim DIP Order [Dkt. No. 54]

    E.    Order Resetting Hearings on Docket Nos. 9, 10, 18, and 20 [Dkt. No. 124]

    F.    Certificate of Service of Order Resetting Hearing [Dkt. No. 128]

    G.    Order Resetting Final Hearing on Docket No. 9 [Dkt. No. 220]

    H.    Certificate of Service of Dkt. No. 220 [ Dkt. No. 250]

Status: This matter is going forward.

2. *Dkt. No. 10 -* **Debtors' Emergency Motion Pursuant to 11 U.S.C. 105, 361 and 363 for Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Lenders, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001**

    Responses Received:

        A.    Objection to Debtors' Cash Collateral Motion [Dkt. No. 129]

        B.    Objection filed by Official Committee Of Unsecured Creditors [Dkt. No. 173]

    Replies Received: None

    Related Documents/Pleadings:

        A.    Certificate of Service [Dkt. No. 29]

        B.    Order Resetting Hearings on Docket Nos. 9, 10, 18, and 20 [Dkt. No. 124]

        C.    Certificate of Service of Order Resetting Hearing [Dkt. No. 128]

Status:  The Debtors have filed a Notice of Withdrawal of this Motion.

Dated: March 10, 2011.

                    Respectfully submitted,

                    **FULBRIGHT & JAWORSKI L.L.P.**

By:  /s/ *Johnathan C. Bolton*
    Berry D. Spears
    State Bar No. 18893300
    Johnathan C. Bolton
    State Bar No. 24025260
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  713/651-5151
Telecopier:  713/651-5246
bspears@fulbright.com
jbolton@fulbright.com

and

**JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER P.C.**
Shelby A. Jordan
State Bar No. 11016700
Nathaniel Peter Holzer
State Bar No. 00793971
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401-0341
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
sjordan@jhwclaw.com
pholzer@jhwclaw.com

**ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION**