UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc., *et al.*, | § | Case No.:  11-20089-RSS |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

NOTICE OF (1) AGENDA AND (2) PROCEDURES FOR TELEPHONIC
APPEARANCES AT HEARINGS SCHEDULED ON
TUESDAY, MARCH 15, 2011 AT 10:00 A.M.

PLEASE TAKE NOTICE that any person desiring to appear via telephone at the hearing scheduled for **Tuesday, March 15, 2011 at 10:00 a.m. Central Time** should Contact CourtCall at (866) 582-6878 the day before the hearing. CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you. The Court discourages the use of cell phones or speakerphones.  Please put your telephone on mute when not speaking. Each time you speak, you must identify yourself for the record. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall.

## AGENDA

1. *Dkt. No. 150* - Debtors' Emergency Motion for Approval of the Sale of Certain de Minimums Assets in Sonora, Texas Pursuant to Section 363 of the Bankruptcy Code

    Responses Received: None

    Replies Received: None

    Related Documents/Pleadings:

- 2 -

    A.    Motion for Expedited Consideration of Debtors' Emergency Motion for Approval of the Sale of Certain de Minimums Assets in Sonora, Texas Pursuant to Section 363 of the Bankruptcy Code [Dkt. No. 151]

    B.    Order Setting Hearing [Dkt. No. 171]

    C.    BNC Certificate of Mailing regarding Docket No. 171 [Dkt. No. 197]

    D.    Certificate of Service of Docket No. 150 and 151 [Dkt No. 215]

<u>Status:</u>  This matter is going forward.

Dated: March 14, 2011.

      Respectfully submitted,

      **FULBRIGHT & JAWORSKI L.L.P.**

By: /s/ *Johnathan C. Bolton*
    Berry D. Spears
    State Bar No. 18893300
    Johnathan C. Bolton
    State Bar No. 24025260
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  713/651-5151
Telecopier:  713/651-5246
bspears@fulbright.com
jbolton@fulbright.com

and

**JORDAN, HYDEN, WOMBLE,
CULBRETH & HOLZER P.C.**
Shelby A. Jordan
State Bar No. 11016700
Nathaniel Peter Holzer
State Bar No. 00793971
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401-0341
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
sjordan@jhwclaw.com
pholzer@jhwclaw.com

**ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION**