UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
03/15/2011

In re: § Chapter 11
§
Seahawk Drilling, Inc., *et al.*, § Case No.: 11-20089-RSS
§
Debtors. § Jointly Administered

## ORDER APPROVING THE SALE OF CERTAIN DE MINIMUS ASSETS IN SONORA, TEXAS PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE

Upon consideration of the Emergency Motion for Approval of the Sale of Certain De Minimus Assets in Sonora, Texas Pursuant to Section 363 of the Bankruptcy Code (the "**Motion**") filed by the above-captioned Debtors, and after finding that good and sufficient notice has been given, and that no other or further notice is necessary; and after considering objections, if any, to the relief requested in the Motion, the arguments of counsel and the evidence presented; and the Court having determined that the relief sought in the Motion is in the best interest of Debtors, their estates, their creditors and all parties-in-interest; and after due deliberation and sufficient cause appearing therefore, the Court therefore GRANTS the Motion in its entirety for the reasons set forth therein; NOW, THEREFORE, IT IS HEREBY:

ORDERED that the sale of the Sonora Assets as set forth in the Motion is approved; and it is further

ORDERED, that the Sonora Assets will be sold free and clear of all liens and claims pursuant to section 363 of the Bankruptcy Code with any such liens and claims attaching to the proceeds of the sale; and it is further

ORDERED, that this Order shall become effective immediately upon its entry; and it is further

90386014.4

-1-

ORDERED, that the Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

SIGNED this 15 day of March, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE