IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc. *et al*, | § | Case No.: 11-20089 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Leticia Salas, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims, ballot and noticing agent for the Debtors in the above-captioned cases.

On March 15, 2011, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit C**:

1. **Order Approving the Sale of Certain de Minimus Assets in Sonora, Texas Pursuant to Section 363 of the Bankruptcy Code** [Docket No. 327]

Dated: March 16, 2011

                                                        */s/ Leticia Salas*
                                                        Leticia Salas


Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
(310) 823-9000

# **<u>Exhibit A</u>**

**EXHIBIT A**
**MSL/2002**
**Email Service List**

| DESCRIPTION | COMPANY | NOTICE NAME | E-MAIL |
|---|---|---|---|
| TOP 30 CREDITOR | ACME TRUCK LINE INC | KIMBERLY FOSTER CFO & CONTROLLER | mariorte@acmetruck.com |
| COUNSEL TO OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | CHARLES R GIBBS & MICHAEL P COOLEY & J MACHIR STULL | cgibbs@akingump.com<br>mstull@akingump.com<br>mcooley@akingump.com |
| COUNSEL TO OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | DAVID H BOTTER | dbotter@akingump.com |
| ASSISTANT US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | ASSISTANT US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | CHARLES R STERBACH | charles.r.sterbach@usdoj.gov |
| COUNSEL TO PRIDE INTERNATIONAL, INC. | BAKER BOTTS LLP | JACK L KINZIE & JAMES R PRINCE & G MARTY GREEN & OMAR J ALANIZ | jack.kinzie@bakerbotts.com<br>jim.prince@bakerbotts.com<br>marty.green@bakerbotts.com<br>omar.alaniz@bakerbotts.com<br>ryan.delaune@bakerbotts.com |
| TOP 30 CREDITOR | BEACON MARITIME INC | ELIZABETH JACKSON VP OF FINANCE & ADMINISTRATION | ejackson@beaconmaritime.com |
| TOP 30 CREDITOR | BENNETT & ASSOCIATES LLC | WILLIAM BENNETT PRESIDENT & CEO | wtb@bbengr.com |
| TOP 30 CREDITOR | BLETSCH STEAMSHIP COMPANY | | bletsch@bletschss.com |
| COUNSEL TO ORACLE AMERICA, INC. AND ORACLE CREDIT CORPORATION | BUCHALTER NEMER A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON ESQ | schristianson@buchalter.com |
| TOP 30 CREDITOR | C AND G BOATS INC | MARK COMPEAUX LOGISTICS MANAGER | mark@cgboats.com |
| COUNSEL TO OFFSHORE TOWING, INC. | DAIGLE FISSE & KESSENICH | J FREDERICK KESSENICH & JOHN M DUBREUIL | rkessenich@daiglefisse.com<br>jdubreuil@daiglefisse.com |
| TOP 30 CREDITOR | DOOLEY TACKABERRY INC | GLENN TACKABERRY PRESIDENT | glennt@dtihome.com |
| COMMITTEE OF UNSECURED CREDITORS | DOOLEY TACKABERRY, INC. | MR. CHRIS DOOLEY | chris.dooley@dtihome.com |
| TOP 30 CREDITOR | G ROPER INC DBA CREATIVE IDEAS INC | GEORGE HARRELL OWNER | george@creative-idea.com |
| TOP 30 CREDITOR | G&J LAND AND MARINE FOOD DIST INC | CHRISTINE DEHART FINANCIAL CONTROLLER | cdehart@gjfood.com |
| TOP 30 CREDITOR | GALLOWAY JOHNSON TOMPKINS BURR & SMITH | JIM TOMPKINS DIRECTOR | jtompkins@gjtbs.com |
| COMMITTEE OF EQUITY SECURITY HOLDERS | HAYMAN CAPITAL MANAGEMENT, L.P. | JEFF CATE | jc@haymancapital.com |
| COUNSEL TO SEADRILL LTD | HAYNES AND BOONE LLP | TREY A MONSOUR & CHARLES A BECKHAM | charles.beckham@haynesboone.com<br>trey.monsour@haynesboone.com |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | HELLER DRAPER HAYDEN PATRICK & HORN LLC | TRISTAN E MANTHEY | tmanthey@hellerdraper.com |
| COMMITTEE OF EQUITY SECURITY HOLDERS | HSBC DISTRESSED OPPORTUNITIES FUND | PETER J. SAKON | peter.j.sakon@us.hsbc.com |
| COUNSEL TO CRESCENT CROWN GREENWAY PLAZA SPV LLC | JACKSON WALKER LLP | BRUCE J RUZINKSY | bruzinsky@jw.com |
| TOP 30 CREDITOR | KEANE INC | JOHN W MCCAIN PRESIDENT & CEO | whit.pedersen@keane.com |
| COUNSEL TO BLAKE PLATFORM RIGS, S. DE R.L. DE C.V., BLAKE INTERNATIONAL USA RIGS, LLC | KINGSMILL RIESS LLC | MARGUERITE K KINGSMILL & CHRISTY R BERGERON & JOHN V NGUYEN | mkingsmill@kingsmillriess.com<br>cbergeron@kingsmillriess.com<br>jnguyen@kingsmillriess.com |
| TOP 30 CREDITOR | KONICA MINOLTA BUSINESS SOLUTIONS INC | MIKE LEONCZYK CFO | bcupka@KMBS.KonicaMinolta.us |
| TOP 30 CREDITOR | KPMG LLP | GEORGE CORWIN | Gcorwinjr@kpmg.com |
| TOP 30 CREDITOR | L&L OIL AND GAS SERVICES LLC | DANNY BROWN MANAGER | danny.brown@lloil.com |
| COUNSEL TO HARRIS COUNTY | LINEBARGER GOOGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | houston_bankruptcy@publicans.com |
| TOP 30 CREDITOR | MAD LTD | WAYNE BOYD MANAGER | lbmadltd@sbcglobal.net |
| TOP 30 CREDITOR | MCGRIFF SEIBELS AND WILLIAMS OF TX | BRUCE DUNBAR PRESIDENT AND CEO | bdun@mcgriff.com |
| COMMITTEE OF EQUITY SECURITY HOLDERS | MHR FUND MANAGEMENT, L.L.C. | HAL GOLDSTEIN - TEMPORARY CHAIRMAN | hgoldstein@mhrfund.com |

**EXHIBIT A**
**MSL/2002**
**Email Service List**

| DESCRIPTION | COMPANY | NOTICE NAME | E-MAIL |
|---|---|---|---|
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT | ATTN: DESIREE J. WOLFORD | sdtxecf@dor.mo.gov |
| TOP 30 CREDITOR | NEPTUNE UNDERWATER SERVICES LLC | MIKE HALE FINANCIAL CONTROLLER | mhale@neptunems.com |
| OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS - CORPUS CHRISTI | OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS - CORPUS CHRISTI | | USTPRegion07.CC.ECF@USDOJ.GOV |
| TOP 30 CREDITOR | OFFSHORE TOWING INC | CORY KIEF PRESIDENT | cory@offshoretowing.com |
| COMMITTEE OF UNSECURED CREDITORS | OFFSHORE TOWING, INC. | CELENA ROUSSE, SR. V.P. | celena@offshoretowing.com |
| COUNSEL TO RICHARDSON INDEPENDENT SCHOOL DISTRICT | PERDUE BRANDON FIELDER COLLINS & MOTT LLP | C O ELIZABETH BANDA CALVO | ebcalvo@pbfcm.com |
| TOP 30 CREDITOR | POLAR RIG SPECIALTIES INC | JOHN HARRIS PRINCIPAL | kmorton@polarrig.com  jharris@polarrig.com |
| TOP 30 CREDITOR | POWER PRODUCTS SERVICE COMPANY INC | | powerproducts@teche.net |
| TOP 30 CREDITOR | PPG ARCHITECTURAL FINISHES, INC., PROTECTIVE AND MARINE COATINGS DIVISION | KAREN MORRIS | kmorris@ppg.com |
| TOP 30 CREDITOR AND COMMITTEE OF UNSECURED CREDITORS | PRIDE INTERNATIONAL, INC. | S. ELIZABETH WRIGHT | ewright@prideinternational.com |
| COUNSEL TO RLI INSURANCE COMPANY | RLI INSURANCE COMPANY | JAMES R JORGENSEN | Jim.Jorgensen@rlicorp.com |
| TOP 30 CREDITOR | ROTORCRAFT LEASING COMPANY LLC | RODGER BAGWELL EVP | Ladams@rlcllc.net |
| COMMITTEE OF EQUITY SECURITY HOLDERS | SEADRILL AMERICAS INC. | JOHN SYMINGTON GENERAL COUNSEL | john.symington@seadrill.com |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | | secbankruptcy@sec.gov |
| TOP 30 CREDITOR | SHER GARNER LLC | PETER HILBERT PARTNER | philbert@shergarner.com |
| TOP 30 CREDITOR | SPECIALTIES COMPANY | WAYNE LOVE OWNER | wlove@copperstaterubber.com |
| TOP 30 CREDITOR | SUPERIOR SUPPLY & STEEL | JOHN EZERNACK CFO | jjohnson@supstl.com |
| COMMITTEE OF EQUITY SECURITY HOLDERS | THE KEFFI GROUP | NAVEEN BHATIA | naveenbhatia1@gmail.com |
| TOP 30 CREDITOR | THE NACHER CORPORATION | CHRIS W FONTENOT PRESIDENT | chris@nacher.net |
| COUNSEL TO HERCULES OFFSHORE, INC. | THOMPSON & KNIGHT LLP | RHETT G CAMPBELL & MILLIE A SALL & B RANSDELL SAWYER | Rhett.Campbell@tklaw.com Millie.Sall@tklaw.com Randy.Sawyer@tklaw.com |
| TOP 30 CREDITOR | TRANSCONTINENTAL GAS PIPE LINE CO LLC | PHILLIP D WRIGHT PRINCIPAL EXECUTIVE OFFICER & SVP | phil.wright@williams.com |
| TOP 30 CREDITOR | UHY ADVISORS TX LLC | RICK STEIN PRESIDENT AND CEO | jyouens@uhy-us.com |
| COUNSEL TO DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | VINSON & ELKINS LLP | DUSTON K MCFAUL | dmcfaul@velaw.com |
| COUNSEL TO DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | VINSON & ELKINS LLP | JOHN E WEST | jwest@velaw.com |
| COUNSEL TO ODL, INC. | WOOD GROUP MANAGEMENT SERVICES INC | ROBIN FLOYD | robin.galyean@woodgroup.com |

# **Exhibit B**

**EXHIBIT B**
**MSL/2002**
**First Class Service List**

| DESCRIPTION | COMPANY | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| TOP 30 CREDITOR | ACME TRUCK LINE INC | KIMBERLY FOSTER CFO & CONTROLLER | 121 PAILET DR | | HARVEY | LA | 70058 |
| COUNSEL TO OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | CHARLES R GIBBS & MICHAEL P COOLEY & J MACHIR STULL | 1700 PACIFIC AVE STE 4100 | | DALLAS | TX | 75201 |
| COUNSEL TO OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | DAVID H BOTTER | ONE BRYANT PARK | | NEW YORK | NY | 10036-6745 |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | ALDINE INDEPENDENT SCHOOL DISTRICT | SUSAN R FUERTES | 14910 ALDINE-WESTFIELD RD | | HOUSTON | TX | 77032 |
| COUNSEL TO THOMAS PETROLEUM, LLC | ANDERSON SMITH NULL & STOFER LLP | RICHARD T CHAPMAN | ONE OCONNOR PLZ 7TH FL | PO BOX 1969 | VICTORIA | TX | 77902 |
| ASSISTANT US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | ASSISTANT US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | CHARLES R STERBACH | 606 N CARANCAHUA ST STE 1107 | | CORPUS CHRISTI | TX | 78476 |
| COUNSEL TO PRIDE INTERNATIONAL, INC. | BAKER BOTTS LLP | JACK L KINZIE & JAMES R PRINCE & G MARTY GREEN & OMAR J ALANIZ | 2001 ROSS AVE | | DALLAS | TX | 75201 |
| TOP 30 CREDITOR | BEACON MARITIME INC | ELIZABETH JACKSON VP OF FINANCE & ADMINISTRATION | 96 FRONT AVE | | ORANGE | TX | 77630 |
| TOP 30 CREDITOR | BENNETT & ASSOCIATES LLC | WILLIAM BENNETT PRESIDENT & CEO | 5177 RICHMOND STE 1188 | | HOUSTON | TX | 77056 |
| TOP 30 CREDITOR | BLETSCH STEAMSHIP COMPANY | | 212 N 16TH ST | | LAPORT | TX | 77571 |
| COUNSEL TO NATIXIS, NEW YORK BRANCH, AS ADMINISTRATIVE AGENT FOR THE PREPETITION LENDERS | BRACEWELL & GIULIANI LLP | WILLIAM A WOOD III | 711 LOUISIANA STE 2300 | | HOUSTON | TX | 77002 |
| COUNSEL TO ORACLE AMERICA, INC. AND ORACLE CREDIT CORPORATION | BUCHALTER NEMER A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON ESQ | 333 MARKET STREET 25TH FLOOR | | SAN FRANCISCO | CA | 94105-2126 |
| TOP 30 CREDITOR | C AND G BOATS INC | MARK COMPEAUX LOGISTICS MANAGER | 1216 SOUTH BAYOU DR | | GOLDEN MEADOW | LA | 70357 |
| COUNSEL TO OFFSHORE TOWING, INC. | DAIGLE FISSE & KESSENICH | J FREDERICK KESSENICH & JOHN M DUBREUIL | 227 HIGHWAY 21 | | MADISONVILLE | LA | 70447 |
| D.E. SHAW DIRECT CAPITAL PORTFOLIOS, L.L.C. | DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | | 1166 AVENUE OF THE AMERICAS 9th FLOOR | | NEW YORK | NY | 10036 |
| TOP 30 CREDITOR | DOOLEY TACKABERRY INC | GLENN TACKABERRY PRESIDENT | 1515 W 13TH ST | | DEER PARK | TX | 77536 |
| COMMITTEE OF UNSECURED CREDITORS | DOOLEY TACKABERRY, INC. | MR. CHRIS DOOLEY | 1515 W. 13TH STREET | | DEER PARK | TX | 77536 |
| TOP 30 CREDITOR | G ROPER INC DBA CREATIVE IDEAS INC | GEORGE HARRELL OWNER | 910 INDUSTRIAL BLVD STE B | | SUGAR LAND | TX | 77478 |
| TOP 30 CREDITOR | G&J LAND AND MARINE FOOD DIST INC | CHRISTINE DEHART FINANCIAL CONTROLLER | 506 FRONT ST | | MORGAN CITY | LA | 70380 |
| TOP 30 CREDITOR | GALLOWAY JOHNSON TOMPKINS BURR & SMITH | JIM TOMPKINS DIRECTOR | 1301 MCKINNEY STE 1400 | | HOUSTON | TX | 77010 |
| COMMITTEE OF EQUITY SECURITY HOLDERS | HAYMAN CAPITAL MANAGEMENT, L.P. | JEFF CATE | 2101 CEDAR SPRINGS ROAD, SUITE 1400 | | DALLAS | TX | 75201 |
| COUNSEL TO SEADRILL LTD | HAYNES AND BOONE LLP | TREY A MONSOUR & CHARLES A BECKHAM | 1211 MCKINNEY ST STE 2100 | | HOUSTON | TX | 77010 |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | HELLER DRAPER HAYDEN PATRICK & HORN LLC | TRISTAN E MANTHEY | 650 POYDRAS ST STE 2500 | | NEW ORLEANS | LA | 70130-6103 |
| HERCULES OFFSHORE DRILLING | HERCULES OFFSHORE DRILLING | | 9 GREENWAY PLZ STE 2200 | | HOUSTON | TX | 77046 |
| COMMITTEE OF EQUITY SECURITY HOLDERS | HSBC DISTRESSED OPPORTUNITIES FUND | PETER J. SAKON | 452 FIFTH AVENUE, 18TH FLOOR | | NEW YORK | NY | 10018 |
| COUNSEL TO IKON FINANCIAL SERVICES | IKON FINANCIAL SERVICES | BANKRUPTCY ADMINISTRATION | PO BOX 13708 | | MACON | GA | 31208-3708 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 11601 ROOSEVELET BLVD | MAIL DROP N781 | PHILADELPHIA | PA | 10154 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 21126 | | PHILADELPHIA | PA | 19114-0326 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | | DEPARTMENT OF THE TREASURY | | AUSTIN | TX | 73301 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | | PO BOX 105703 | | ATLANTA | GA | 30348-5703 |

**EXHIBIT B**
**MSL/2002**
**First Class Service List**

| DESCRIPTION | COMPANY | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE GCLS | | 8701 S GESSNER STOP 5433HAL BEAN | | HOUSTON | TX | 77074 |
| COUNSEL TO CRESCENT CROWN GREENWAY PLAZA SPV LLC | JACKSON WALKER LLP | BRUCE J RUZINKSY | 1401 MCKINNEY STE 1900 | | HOUSTON | TX | 77010 |
| TOP 30 CREDITOR | KEANE INC | JOHN W MCCAIN PRESIDENT & CEO | 100 CITY SQUARE | | BOSTON | MA | 02129 |
| COUNSEL TO BLAKE PLATFORM RIGS, S. DE R.L. DE C.V., BLAKE INTERNATIONAL USA RIGS, LLC | KINGSMILL RIESS LLC | MARGUERITE K KINGSMILL & CHRISTY R BERGERON & JOHN V NGUYEN | 201 ST CHARLES AVENUE SUITE 3300 | | NEW ORLEANS | LA | 70170 |
| TOP 30 CREDITOR | KONICA MINOLTA BUSINESS SOLUTIONS INC | MIKE LEONCZYK CFO | 100 WILLIAMS DR | | RAMSEY | NJ | 07446 |
| TOP 30 CREDITOR | KPMG LLP | GEORGE CORWIN | 811 MAIN ST | MAIN PL | HOUSTON | TX | 77002 |
| TOP 30 CREDITOR | L&L OIL AND GAS SERVICES LLC | DANNY BROWN MANAGER | 3421 NORTH CAUSEWAY BLVD SUITE 502 | | METAIRIE | LA | 70002 |
| COUNSEL TO SUNGARD AVAILABILITY SERVICES, LP | LEHTOLA & CANNATTI PLLC | PATRICIA BEAUJEAN LEHTOLA & PHILLIP E. CANNATTI & JANE E. BROWN | 5001 SPRING VALLEY ROAD, SUITE 400 EAST | | DALLAS | TX | 75244 |
| TOP 30 CREDITOR | MAD LTD | WAYNE BOYD MANAGER | 321 REV DRIVE RANSOM HOWARD ST | | PORT ARTHUR | TX | 77640-5863 |
| TOP 30 CREDITOR | MARTIN HOLDINGS LLC | CHARLIE COMEAUX CFO | 16201 EAST MAIN | | GALLIANO | LA | 70354 |
| TOP 30 CREDITOR | MCGRIFF SEIBELS AND WILLIAMS OF TX | BRUCE DUNBAR PRESIDENT AND CEO | 818 TOWN AND COUNTRY LANE STE 500 | | HOUSTON | TX | 77024 |
| COMMITTEE OF EQUITY SECURITY HOLDERS | MHR FUND MANAGEMENT, L.L.C. | HAL GOLDSTEIN - TEMPORARY CHAIRMAN | 40 WEST 57TH STREET, 24TH FLOOR | | NEW YORK | NY | 10019 |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT | ATTN: DESIREE J. WOLFORD | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 |
| ADMINISTRATIVE AGENT FOR CREDIT FACILITY | NATIXIS NEW YORK BRANCH AS ADMINISTRATIVE AGENT | | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 |
| TOP 30 CREDITOR | NEPTUNE UNDERWATER SERVICES LLC | MIKE HALE FINANCIAL CONTROLLER | 123 SENTRY DR | | MANSFIELD | TX | 76063 |
| OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS - CORPUS CHRISTI | OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS - CORPUS CHRISTI | | ONE SHORELINE PLAZA SOUTH TOWER | 800 N SHORELINE BLVD STE 500 | CORPUS CHRISTI | TX | 78401 |
| TOP 30 CREDITOR | OFFSHORE TOWING INC | CORY KIEF PRESIDENT | 11812 HWY 308 | | LAROSE | LA | 70373 |
| COMMITTEE OF UNSECURED CREDITORS | OFFSHORE TOWING, INC. | CELENA ROUSSE, SR. V.P. | 11812 HWY. 308 | | LAROSE | LA | 70373 |
| COUNSEL TO BAYOU STATE MARINE & INDUSTRIAL SUPPLY INC | ONEBANE LAW FIRM | CRAIG A RYAN | 1200 CAMELLIA BLVD STE 300 | | LAFAYETTE | LA | 70508 |
| COUNSEL TO RICHARDSON INDEPENDENT SCHOOL DISTRICT | PERDUE BRANDON FIELDER COLLINS & MOTT LLP | C O ELIZABETH BANDA CALVO | PO BOX 13430 | | ARLINGTON | TX | 76094-0430 |
| TOP 30 CREDITOR | POLAR RIG SPECIALTIES INC | JOHN HARRIS PRINCIPAL | 18910 W INDUSTRIAL PARK | | NEW CANEY | TX | 77357 |
| TOP 30 CREDITOR | POWER PRODUCTS SERVICE COMPANY INC | | 465 HWY 182 | | MORGAN | LA | 70380 |
| TOP 30 CREDITOR | PPG ARCHITECTURAL FINISHES, INC., PROTECTIVE AND MARINE COATINGS DIVISION | KAREN MORRIS | 5500 CORPORATE DR STE 500 | | PITTSBURGH | PA | 15237 |
| TOP 30 CREDITOR AND COMMITTEE OF UNSECURED CREDITORS | PRIDE INTERNATIONAL, INC. | S. ELIZABETH WRIGHT | 5847 SAN FELIPE STREET, STE. 3300 | | HOUSTON | TX | 77057 |
| COUNSEL TO RLI INSURANCE COMPANY | RLI INSURANCE COMPANY | JAMES R JORGENSEN | 9025 N LINDBERGH DR | | PEORIA | IL | 61615 |
| TOP 30 CREDITOR | ROTORCRAFT LEASING COMPANY LLC | RODGER BAGWELL EVP | 430 N EOLA RD | | BROUSSARD | LA | 70518 |
| COMMITTEE OF EQUITY SECURITY HOLDERS | SEADRILL AMERICAS INC. | JOHN SYMINGTON GENERAL COUNSEL | 11210 EQUITY DRIVE, SUITE 150 | | HOUSTON | TX | 77041-8242 |
| COUNSEL TO THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | SONIA CHAE | 175 WEST JACKSON BLVD. SUITE 900 | | CHICAGO | IL | 60604 |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | | 100 F ST NE | | WASHINGTON | DC | 20549 |

**EXHIBIT B**
**MSL/2002**
First Class Service List

| DESCRIPTION | COMPANY | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| TOP 30 CREDITOR | SHER GARNER LLC | PETER HILBERT PARTNER | 909 POYDRAS ST | | NEW ORLEANS | LA | 70112 |
| COUNSEL TO SUNGARD AVAILABILITY SERVICES, LP | SHUTTS & BOWEN LLP | JAMES A. TIMKO | 300 S. ORANGE AVENUE, SUITE 1000 | | ORLANDO | FL | 32801 |
| TOP 30 CREDITOR | SIRIUS SOLUTIONS LLLP | ANGELES BELTRI CFO | 1233 WEST LOOP SOUTH STE 1800 | | HOUSTON | TX | 77027 |
| TOP 30 CREDITOR | SPECIALTIES COMPANY | WAYNE LOVE OWNER | 6401 MCGREW ST | | HOUSTON | TX | 77087 |
| TOP 30 CREDITOR | SUPERIOR SUPPLY & STEEL | JOHN EZERNACK CFO | 318 CITIES SERVICE HWY | | SULPHUR | LA | 70663 |
| COMMITTEE OF EQUITY SECURITY HOLDERS | THE KEFFI GROUP | NAVEEN BHATIA | 500 FIFTH AVENUE 44TH FL | | NEW YORK | NY | 10110 |
| TOP 30 CREDITOR | THE NACHER CORPORATION | CHRIS W FONTENOT PRESIDENT | 111 E ANGUS DR | | YOUNGSVILLE | LA | 70592-0609 |
| COUNSEL TO HERCULES OFFSHORE, INC. | THOMPSON & KNIGHT LLP | RHETT G CAMPBELL & MILLIE A SALL & B RANSDELL SAWYER | 333 CLAY STREET SUITE 3300 | | HOUSTON | TX | 77002 |
| TOP 30 CREDITOR | TRANSCONTINENTAL GAS PIPE LINE CO LLC | PHILLIP D WRIGHT PRINCIPAL EXECUTIVE OFFICER & SVP | 2800 POST OAK BLVD | | HOUSTON | TX | 77251 |
| TOP 30 CREDITOR | UHY ADVISORS TX LLC | RICK STEIN PRESIDENT AND CEO | 12 GREENWAY PLAZA STE 200 | | HOUSTON | TX | 77046 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | US TRUSTEE REGION 7 | JUDY A ROBBINS | 515 RUSK ST STE 3516 | | HOUSTON | TX | 77002 |
| COUNSEL TO DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | VINSON & ELKINS LLP | DUSTON K MCFAUL | 1001 FANNIN ST STE 2500 | | HOUSTON | TX | 77002-6760 |
| COUNSEL TO DE SHAW DIRECT CAPITAL PORTFOLIOS LLC | VINSON & ELKINS LLP | JOHN E WEST | 1001 FANNIN ST STE 2500 | | HOUSTON | TX | 77002-6760 |
| COUNSEL TO ODL, INC. | WOOD GROUP MANAGEMENT SERVICES INC | ROBIN FLOYD | 17420 KATY FRWY STE 300 | | HOUSTON | TX | 77094 |

# **<u>Exhibit C</u>**

**EXHIBIT C**
**Special Parties**
**First Class Service List**

| Creditor Name | Address | City | State | Zip |
|---|---|---|---|---|
| DINA LESA WHITEHEAD | PO BOX 1171 | INGRAM | TX | 78025 |
| JONES, ROSE MARY W | PO BOX 1215 | SONORA | TX | 76950 |
| ROSE M JONES | PO BOX 1215 | SONORA | TX | 76950 |
| W E WHITEHEAD | PO BOX 1025 | SALADO | TX | 76571 |
| WHITEHEAD, LESA | PO BOX 62171 | SAN ANGELO | TX | 76906 |