B210
(12/04)

# United States Bankruptcy Court

## Southern District of Texas, Corpus Christi Division

In re Seahawk Drilling, Inc., et al.,                Case No. 11-20089-RSS (Jointly Administered)

Debtors                Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Southpaw Koufax, LLC<br>Name of Transferee | Bennett & Associates LLC<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Southpaw Koufax, LLC<br>2 West Greenwich Office Park, 1st Floor<br>Greenwich, CT 06831<br>Attn: Jeff Cohen<br>Phone: (203) 862-6208<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above)<br><br><br>Phone: _____<br>Last Four Digits of Acct #: _____ | Name and Current Address of Transferor<br>Bennett & Associates, LLC<br>5177 Richmond, Suite 1188<br>Houston, TX 77056<br><br>Phone:<br>Last Four Digits of Acct. #: _____ |

Court Claim # (if known): 1
Date Claim Filed: 2/21/2011

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Jeff Cohen                                           Date: March 16, 2011
    Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                          _____
                                                         **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:        THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:    1

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Bennett & Associates LLC, (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Koufax, LLC its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of $106,142.56 (the "Claim") against Energy Supply International LLC, Seahawk Drilling, Inc. and its affiliates (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re Seahawk Drilling, et al., Case No. 11-20089 pending in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division (the "Bankruptcy Court") as reflected in the Debtor's schedules and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

(The remainder of this page has been intentionally left blank)

(Signature page to follow)

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 17, 2011.

| BENNETT & ASSOCIATES, LLC | SOUTHPAW KOUFAX, LLC |
|---|---|
| By: *[signature]* | By: _____ |
| Name: Wm T. Bennett Jr | Name: |
| Title: Chairman | Title: |

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 17, 2011.

| **BENNETT & ASSOCIATES, LLC** | **SOUTHPAW KOUFAX, LLC** |
|---|---|
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |
|  | Kevin Wyman |
|  | Member |

# Creditor Data for Claim Number 1

Help

| Creditor: | Date Claim Filed: 2/21/2011 |
|---|---|
| Bennett & Associates LLC<br>Attn William Bennett<br>5177 Richmond Ave Ste 1188<br>Houston, TX 77056 | Claim #: 1 |

**Notice Party(ies):**

**Debtor Name:** Seahawk Drilling, Inc.
**Debtor Case Number:** 11-20089

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  |  |  |  | $106,142.56 | $106,142.56 |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  |  |  |
| AP |  |  |  |  |  |  |
| AS |  |  |  |  |  |  |
| **TOTALS** |  |  |  |  | **$106,142.56** | **$106,142.56** |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found |  |  |  |  |  |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found |  |  |  |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |  |  |  |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |  |  |  |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".