

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
03/18/2011

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc., | § | Case No.: 11-20089 |
| | § | |
| Debtors. | § | Jointly Administered |

**AGREED ORDER RESETTING PRETRIAL HEARING, FINAL HEARING, AND OBJECTION DEADLINE ON (DOC#19) MOTION TO APPROVE THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

By agreement of the Debtors, Hercules Offshore, Inc., The Official Committee of Unsecured Creditors, the Official Committee of Equity Security Holders, and Pride Petroleum, it is hereby,

ORDERED that the final trial on the captioned Motion, currently set for March 22, 2011, is reset to Tuesday, April 5, 2011 at 10:00 a.m. Texas time, 1133 N. Shoreline Blvd, 2nd Floor, Corpus Christi, Texas; it is further

ORDERED that a pre trial hearing on the captioned Motion, currently set for March 18, 2011, is reset to March 31, 2011 at 10:00 a.m. Texas time, 1133 N. Shoreline Blvd, 2nd Floor, Corpus Christi, Texas; it is further

ORDERED that the deadline to file and serve an objection, if any, to the Motion by the Official Committee of Unsecured Creditors, the Official Committee of Equity Security Holders, or Pride Petroleum shall be extended to March 30, 2011, at 3:00 p.m. Texas time; it is further

ORDERED that no further extension of the hearing on the Sale Motion will be considered unless such request is sought by an interested party and joined by the Debtors.

Dated: March 18, 2011.

RICHARD SCHMIDT,
UNITED STATES BANKRUPTCY JUDGE