IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc. *et al*, | § | Case No.: 11-20089 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Juliana Garcia, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims, ballot and noticing agent for the Debtors in the above-captioned cases.

On March 22, 2011, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

1. **Agreed Order Resetting Pretrial Hearing, Final Hearing, and Objection Deadline on (Doc #19) Motion to Approve the Sale of Substantially All of the Debtors' Assets** [Docket No. 348]

Dated: March 24, 2011

                                                             */s/ Juliana Garcia*
                                                             Juliana Garcia


Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
(310) 823-9000

# Exhibit A

Exhibit A
Served via First Class Mail

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Buccaneer Resources | 952 Echo Ln Ste 420 | Houston | TX | 77024-2763 |
| Global Cathodic Protection, Inc | PO Box 571507 | Houston | TX | 77257-1507 |