

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
04/14/2011

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc., *et al.*, | § | Case No.: 11-20089 |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER SETTING HEARING ON DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENTS UNDER THE DEBTORS' PRE-PETITION SENIOR MANAGEMENT AND KEY EMPLOYEE INCENTIVE PROGRAM

Upon consideration of the Debtors' Emergency Motion for an Order Authorizing Payments Under the Debtors' Pre-Petition Senior Management and Key Management and Key Employee Incentive Program (the "**Motion**"), and the Court finding that good cause exists to set an emergency hearing as requested, it is hereby

**ORDERED** that a hearing on the Motion is hereby set on the Court's Docket and will be heard as follows:

    DATE:     Tuesday, April 19, 2011
    TIME:     10:00 a.m. CST
    LOCATION: 1133 N. Shoreline Blvd., 2nd Floor
                    Corpus Christi, Texas

Dated:    April 14, 2011

_____
RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                            Southern District of Texas

In re:                                                         Case No. 11-20089-rss
Seahawk Drilling, Inc.                                         Chapter 11
Official Committee Of Unsecured Creditor
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0541-2           User: gcha                  Page 1 of 2                  Date Rcvd: Apr 14, 2011
                               Form ID: pdf002             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2011.
dbpos         +Seahawk Drilling, Inc.,    5 Greenway Plaza,   Suite 2700,   Houston, TX 77046-0512
aty            David H Botter,    Akin Gump et al,   One Bryant Park,    New York, NY 10036-6745
aty           +John M Dubreuil,    Daigle Fisse et al,   227 Highway 21,    Madisonville, LA 70447-9677
aty           +Johnathan C. Bolton,    Fulbright & Jaworski L.L.P.,    1301 McKinney St.,   Ste. 5100,
                Houston, TX 77010-3095
cr            +Aldine Independent School District,    Susan R. Fuertes,    14910 Aldine Westfield,
                Houston, Tx 77032-3028
fa            +Alvarez & Marsal North America, LLC,    700 Louisiana Street,    Suite 900,
                Houston, TX 77002-2769
cr            +Archon Bay Capital, LLC,    P.O. Box 14610,   Surfside Beach, SC 29587-4610
cr            +Bayou State Marine & Industrial Supply, Inc.,    c/o Craig A. Ryan, Esq.,    1200 Camellia Blvd.,
                Suite 300,   Lafayette, LA 70508-6171
cr            +Blake International USA Rigs, LLC,    c/o Marguerite K. Kingsmill,    201 St. Charles Avenue,
                Suite 3300,   New Orleans, LA 70170-3400
cr            +Blake Platform Rigs, S. de R.L. de C.V.,    c/o Marguerite K. Kingsmill,    201 St. Charles Avenue,
                Suite 3300,   New Orleans, LA 70170-3400
cr            +City of Richardson,    Linebarger Goggan Blair & Sampson, LLP,    2323 Bryan Street, Suite 1600,
                Dallas, TX 75201-2644
cr            +Claims Recovery Group LLC,    92 Union Avenue,    92 Union Ave,   Cresskill, NJ 07626-2128
cr            +Corre Opportunities Fund, L.P.,    1370 Avenue of the Americas,    29th Floor,
                New York, NY 10019-4619
op            +Cozen O'Connor,    1900 Market Street,   Philadelphia, PA 19103-3572
intp          +Crescent Crown Greenway Plaza SPV LLC,    c/o Bruce Ruzinsky,    Jackson Walker L.L.P.,
                1401 McKinney, Suite 1900,    Houston, TX 77010-1900
cr            +Dallas County,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
                2323 Bryan Street Suite 1600,    Dallas, TX 75201-2644
cr            +Debt Acquisition Group, LLC,    10 Rockefeller Plaza,    Suite 601,   New York, NY 10020-1903
fa            +Duff & Phelps Securities LLC,    55 East 52nd St,   31st Flr,    New York, NY 10055-0004
cnsdb         +Energy Supply International LLC,    5 Greenway Plaza,   Suite 2700,    Houston, TX 77046-0512
cr            +Fair Harbor Capital, LLC,    PO Box 237037,   New York, NY 10023-0028
cr             Fort Bend County,    c/o John P. Dillman,   Post Office Box 3064,    Houston, TX 77253-3064
cr             Harris County,    c/o John P. Dillman,   Post Office Box 3064,    Houston, TX 77253-3064
intp          +Hercules Offshore, Inc.,    c/o Rhett G. Campbell,    Thompson & Knight LLP,
                333 Clay Street, Suite 3300,    Houston, TX 77002-4499
cr             IKON Financial Services,    Bankruptcy Administration,    PO Box 13708,   Macon, GA 31208-3708
cr            +Jefferson County,    c/o Clayton E. Mayfield,    Linebarger Goggan Blair & Sampson, LLP,
                1148 Park Street,    Beaumont, TX 77701-3614
cr            +Jim Jorgensen RLI Insurance,    9025 N. Lindbergh Dr,    Peoria, IL 61615-1499
op            +Kurtzman Carson Consultants LLC,    2335 Alaska Ave,    El Segundo, CA 90245-4808
cr            +Leonard Castille,    324 West Landry Street,   Opelousas, LA 70570-5120,     UNITED STATES
intp          +MHR Fund Management LLC,    C/O Mark W. Wege,    King & Spalding LLP,   1100 Louisiana,
                Suite 4000,   Houston, TX 77002-5213
cr            +ODL, Inc.,    17420 Katy Freeway,   Suite 300,   Houston, TX 77094-1324
cr            +Oracle America, Inc.,    Buchalter Nemer,    c/o Shawn M. Christiansoon,
                333 Market St., 25th Floor,    San Francisco, Ca 94105-2126
cr             Richardson Independent School District,    c/o Elizabeth Banda Calvo,
                Perdue Brandon Fielder et al,    P O Box 13430,   Arlington, TX 76094-0430
cr            +SAP America, Inc.,    c/o Brown & Connery LLP,    Donald K. Ludman, Esquire,   6 North Broad Street,
                Suite 100,   Woodbury, NJ 08096-4635
cnsdb         +Seahawk Drilling Management LLC,    5 Greenway Plaza,   Suite 2700,    Houston, TX 77046-0512
cnsdb         +Seahawk Drilling USA LLC,    5 Greenway Plaza,   Suite 2700,    Houston, TX 77046-0512
cnsdb         +Seahawk Global Holdings LLC,    5 Greenway Plaza,   Suite 2700,    Houston, TX 77046-0512
cnsdb         +Seahawk Mexico Holdings LLC,    5 Greenway Plaza,   Suite 2700,    Houston, TX 77046-0512
cnsdb         +Seahawk Offshore Management LLC,    5 Greenway Plaza,   Suite 2700,    Houston, TX 77046-0512
fa            +Simmons & Company International,    700 Louisiana,   Suite 1900,    Houston, TX 77002-2767
cr            +Sonar Credit Partners, LLC,    200 Business Park Drive,    Suite 201,   Armonk, NY 10504-1751
intp          +Sonia Chae United States Securities and Exchange C,    175 W. Jackson Blvd.,    Suite 900,
                Chicago, IL 60604-2815
cr            +SunGard Availability Services, LP,    Maureen A. McGeevey, Esq.,    680 E. Swedesford Road,
                Wayne, PA 19087-1605
intp          +TR Capital Management, LLC,    336 Atlantic Avenue, Suite 302,    East Rockaway, NY 11518-1124
cr            +Tannor Partners Credit Fund II LP,    200 Business Park Drive, Suite 200,    Armonk, NY 10504-1751,
                US
cr            +Thomas Petroleum, LLC,    P. O. Box 1876,   Victoria, TX 77902-1876

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: jjwilliams@haincapital.com Apr 14 2011 20:11:50      Hain Capital Group, LLC,
                301 Route 17,   7th Floor,   Rutherford, NJ 07070-2599
cr            +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 14 2011 20:12:16      Liquidity Solutions, Inc,
                One University Plaza,    Suite 312,   Hackensack, NJ 07601-6205
cr             E-mail/Text: ecfnotices@dor.mo.gov Apr 14 2011 20:12:31      Missouri Department of Revenue,
                Bankruptcy Unit,    PO Box 475,   Jefferson City, MO 65105-0475
                                                                                              TOTAL: 3
```

```
District/off: 0541-2          User: gcha                 Page 2 of 2                  Date Rcvd: Apr 14, 2011
                              Form ID: pdf002            Total Noticed: 48

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty         Akin Gump Strauss Hauer & Feld
 cr          D.E. Shaw Direct Capital Portfolios, L.L.C.
 op          Kurtzman Carson Consultants LLC
 cr          Natixis, New York Branch
 crcm        Official Committee Of Unsecured Creditors
 intp        Official Committee of Equity Security Holders
 cr          Offshore Towing Inc
 cr          Pride International, Inc.
 cr          RigNet, Inc.
 cr          Seadrill Ltd.
 cr          Southpaw Koufax, LLC
 cnsdb*     +Seahawk Drilling LLC,    5 Greenway Plaza,   Suite 2700,   Houston, TX 77046-0512
                                                                                    TOTALS: 11, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2011**                    **Signature:**   _Joseph Speetjens_