# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

In re: <u>Seahawk Drilling, Inc. et al, ET AL.,</u> Case No. <u>11-20089</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>**SONAR CREDIT PARTNERS, LLC**</u> | <u>**SEYLER FAVALORO LTD**</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: <u>(914) 730-1005</u>
Last Four Digits of Acct #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last Four Digits of Acct #: <u>N/A</u>

Court Claim # (if known): <u>N/A</u>
Amount of Claim: <u>**$3,772.00**</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>N/A</u>
Last Four Digits of Acct. #: <u>N/A</u>

Name and Current Address of Transferor:

SEYLER FAVALORO LTD
1615 POYDRAS
NEW ORLEANS, LA 70112

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: <u>/s/Michael Goldberg</u>                                   Date: <u>4/14/2011</u>
       Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of Texas, Corpus Christi Division
Attn: Clerk

AND TO: Seahawk Drilling, LLC. ("Debtor"), Case No. 11-20088
(Jointly Administered under Seahawk Drilling, Inc., et al, Case No. 11-20089)

SEYLER FAVALORO LTD, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $3,772.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 14, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: *Carla D. Seyler* | Signature: *Michael Goldberg* |
| Name: CARLA D. SEYLER | Name: Michael Goldberg |
| Title: CO-OWNER | Title: Managing Member |
| Date: 4-14-11 | Date: 4-14-11 |

# Creditor Data

<span style="float:right">Help</span>

| Creditor:<br>SEYLER FAVALORO LTD<br>REHABILITATION COUNSELING<br>1615 POYDRAS<br>NEW ORLEANS, LA 70112 | Date Claim Filed:<br>Claim #:<br>Schedule: F |
|---|---|

**Notice Party(ies):**

**Debtor Name:** Seahawk Drilling, LLC
**Debtor Case Number:** 11-20088

| | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU | $3,772.00 | | | | | |
| PRI | | | | | | |
| SEC | | | | | | |
| AP | | | | | | |
| AS | | | | | | |
| TOTALS | $3,772.00 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found | | | |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

```
                           United States Bankruptcy Court
                             Southern District of Texas

In re:                                                        Case No. 11-20089-rss
Seahawk Drilling, Inc.                                        Chapter 11
Official Committee Of Unsecured Creditor
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0541-2          User: dhan                  Page 1 of 2                   Date Rcvd: Apr 15, 2011
                              Form ID: pdf002             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2011.
dbpos        +Seahawk Drilling, Inc.,    5 Greenway Plaza,    Suite 2700,    Houston, TX 77046-0512
aty           David H Botter,    Akin Gump et al,    One Bryant Park,    New York, NY 10036-6745
aty          +John M Dubreuil,    Daigle Fisse et al,    227 Highway 21,    Madisonville, LA 70447-9677
aty          +Johnathan C. Bolton,    Fulbright & Jaworski L.L.P.,    1301 McKinney St.,    Ste. 5100,
               Houston, TX 77010-3095
cr           +Aldine Independent School District,    Susan R. Fuertes,    14910 Aldine Westfield,
               Houston, Tx 77032-3028
fa           +Alvarez & Marsal North America, LLC,    700 Louisiana Street,    Suite 900,
               Houston, TX 77002-2769
cr           +Archon Bay Capital, LLC,    P.O. Box 14610,    Surfside Beach, SC 29587-4610
cr           +Bayou State Marine & Industrial Supply, Inc.,    c/o Craig A. Ryan, Esq.,    1200 Camellia Blvd.,
               Suite 300,    Lafayette, LA 70508-6171
cr           +Blake International USA Rigs, LLC,    c/o Marguerite K. Kingsmill,    201 St. Charles Avenue,
               Suite 3300,    New Orleans, LA 70170-3400
cr           +Blake Platform Rigs, S. de R.L. de C.V.,    c/o Marguerite K. Kingsmill,    201 St. Charles Avenue,
               Suite 3300,    New Orleans, LA 70170-3400
cr           +City of Richardson,    Linebarger Goggan Blair & Sampson, LLP,    2323 Bryan Street, Suite 1600,
               Dallas, TX 75201-2644
cr           +Claims Recovery Group LLC,    92 Union Avenue,    92 Union Ave,    Cresskill, NJ 07626-2128
cr           +Corre Opportunities Fund, L.P.,    1370 Avenue of the Americas,    29th Floor,
               New York, NY 10019-4619
op           +Cozen O’Connor,    1900 Market Street,    Philadelphia, PA 19103-3572
intp         +Crescent Crown Greenway Plaza SPV LLC,    c/o Bruce Ruzinsky,    Jackson Walker L.L.P.,
               1401 McKinney, Suite 1900,    Houston, TX 77010-1900
cr           +Dallas County,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
               2323 Bryan Street Suite 1600,    Dallas, TX 75201-2644
cr           +Debt Acquisition Group, LLC,    10 Rockefeller Plaza,    Suite 601,    New York, NY 10020-1903
fa           +Duff & Phelps Securities LLC,    55 East 52nd St,    31st Flr,    New York, NY 10055-0004
cnsdb        +Energy Supply International LLC,    5 Greenway Plaza,    Suite 2700,    Houston, TX 77046-0512
cr           +Fair Harbor Capital, LLC,    PO Box 237037,    New York, NY 10023-0028
cr            Fort Bend County,    c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
cr            Harris County,    c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
intp         +Hercules Offshore, Inc.,    c/o Rhett G. Campbell,    Thompson & Knight LLP,
               333 Clay Street, Suite 3300,    Houston, TX 77002-4499
cr            IKON Financial Services,    Bankruptcy Administration,    PO Box 13708,    Macon, GA  31208-3708
cr           +Jefferson County,    c/o Clayton E. Mayfield,    Linebarger Goggan Blair & Sampson, LLP,
               1148 Park Street,    Beaumont, TX 77701-3614
cr           +Jim Jorgensen RLI Insurance,    9025 N. Lindbergh Dr,    Peoria, IL 61615-1499
op           +Kurtzman Carson Consultants LLC,    2335 Alaska Ave,    El Segundo, CA 90245-4808
cr           +Leonard Castille,    324 West Landry Street,    Opelousas, LA 70570-5120,    UNITED STATES
intp         +MHR Fund Management LLC,    C/O Mark W. Wege,    King & Spalding LLP,    1100 Louisiana,
               Suite 4000,    Houston, TX 77002-5213
cr           +ODL, Inc.,    17420 Katy Freeway,    Suite 300,    Houston, TX 77094-1324
cr           +Oracle America, Inc.,    Buchalter Nemer,    c/o Shawn M. Christiansoon,
               333 Market St., 25th Floor,    San Francisco, Ca 94105-2126
cr            Richardson Independent School District,    c/o Elizabeth Banda Calvo,
               Perdue Brandon Fielder et al,    P O Box 13430,    Arlington, TX  76094-0430
cr           +SAP America, Inc.,    c/o Brown & Connery LLP,    Donald K. Ludman, Esquire,    6 North Broad Street,
               Suite 100,    Woodbury, NJ 08096-4635
cnsdb        +Seahawk Drilling Management LLC,    5 Greenway Plaza,    Suite 2700,    Houston, TX 77046-0512
cnsdb        +Seahawk Drilling USA LLC,    5 Greenway Plaza,    Suite 2700,    Houston, TX 77046-0512
cnsdb        +Seahawk Global Holdings LLC,    5 Greenway Plaza,    Suite 2700,    Houston, TX 77046-0512
cnsdb        +Seahawk Mexico Holdings LLC,    5 Greenway Plaza,    Suite 2700,    Houston, TX 77046-0512
cnsdb        +Seahawk Offshore Management LLC,    5 Greenway Plaza,    Suite 2700,    Houston, TX 77046-0512
fa           +Simmons & Company International,    700 Louisiana,    Suite 1900,    Houston, TX 77002-2767
cr           +Sonar Credit Partners, LLC,    200 Business Park Drive,    Suite 201,    Armonk, NY 10504-1751
intp         +Sonia Chae United States Securities and Exchange C,    175 W. Jackson Blvd.,    Suite 900,
               Chicago, IL 60604-2815
cr           +SunGard Availability Services, LP,    Maureen A. McGeevey, Esq,    680 E. Swedesford Road,
               Wayne, PA 19087-1605
intp         +TR Capital Management, LLC,    336 Atlantic Avenue, Suite 302,    East Rockaway, NY 11518-1124
cr           +Tannor Partners Credit Fund II LP,    200 Business Park Drive, Suite 200,    Armonk, NY 10504-1751,
               US
cr           +Thomas Petroleum, LLC,    P. O. Box 1876,    Victoria, TX 77902-1876

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: jjwilliams@haincapital.com Apr 15 2011 20:19:46      Hain Capital Group, LLC,
               301 Route 17,    7th Floor,    Rutherford, NJ 07070-2599
cr           +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 15 2011 20:33:36      Liquidity Solutions, Inc,
               One University Plaza,    Suite 312,    Hackensack, NJ 07601-6205
cr            E-mail/Text: ecfnotices@dor.mo.gov Apr 15 2011 20:20:07      Missouri Department of Revenue,
               Bankruptcy Unit,    PO Box 475,    Jefferson City, MO  65105-0475
```

```
District/off: 0541-2          User: dhan            Page 2 of 2           Date Rcvd: Apr 15, 2011
                              Form ID: pdf002       Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
intp          +E-mail/Text: bankruptcynoticeschr@sec.gov Apr 15 2011 20:21:07
               Sonia Chae United States Securities and Exchange C,   175 W. Jackson Blvd.,   Suite 900,
               Chicago, IL 60604-2815
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty           Akin Gump Strauss Hauer & Feld
 cr            D.E. Shaw Direct Capital Portfolios, L.L.C.
 op            Kurtzman Carson Consultants LLC
 cr            Natixis, New York Branch
 crcm          Official Committee Of Unsecured Creditors
 intp          Official Committee of Equity Security Holders
 cr            Offshore Towing Inc
 cr            Pride International, Inc.
 cr            RigNet, Inc.
 cr            Seadrill Ltd.
 cr            Southpaw Koufax, LLC
 cnsdb*       +Seahawk Drilling LLC,   5 Greenway Plaza,   Suite 2700,   Houston, TX 77046-0512
                                                                                 TOTALS: 11, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 17, 2011**               Signature:   _Joseph Speetjens_