# Invoice

Petro Real Estate Rentals, LLC
1338 Petroleum Parkway
Broussard, LA 70518

| Date | Invoice # |
|---|---|
| 01/03/2011 | 23 |

| Bill To |
|---|
| Seahawk Drilling<br>5 Greenway Plaza<br>Suite 2700<br>Houston, TX 77046 |

| Ship To |
|---|
| 1320 Petroleum Parkway<br>Broussard, LA 70518 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 |  | 01/03/2011 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  | Property Develope... | 2010 Property Taxes for 1320 Petroleum Parkway, Broussard, LA<br><br>Per lease agreement dated 10/23/09 (Article 4, p.6), Seahawk Drilling is responsible for the reimbursement of 1/2 of taxes assessed against the leased premises, commencing on the Phase 3 delivery date. Our records indicate that Phase 3 started on 5/01/10, thus Seahawk owes for 8 months.<br><br>Total assessment for 2010, paid by Petro Real Estate Rentals, is $22,024.77 (paid 12/29/10, ck#1065)<br><br>Seahawk's 8 month share of tax is $3,649.80<br><br>Property tax statement and calculation attached | 3,649.80 | 3,649.80 |

**Total**  $3,649.80

# Invoice

Petro Real Estate Rentals, LLC

1338 Petroleum Parkway
Broussard, LA 70518

| Date | Invoice # |
|---|---|
| 02/03/2011 | 26 |

**Bill To**

Seahawk Drilling
5 Greenway Plaza
Suite 2700
Houston, TX 77046

**Ship To**

1320 Petroleum Parkway
Broussard, LA 70518

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 |  | 02/03/2011 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Property Develope... | Annual Park Maintenance Assessment | 401.00 | 401.00 |

**Total** $401.00

Petro Real Estate Rentals, LLC

1338 Petroleum Parkway
Broussard, LA 70518

# Invoice

| Date | Invoice # |
|---|---|
| 06/24/2010 | 15 |

| Bill To |
|---|
| Seahawk Drilling<br>5 Greenway Plaza<br>Suite 2700<br>Houston, TX 77046 |

| Ship To |
|---|
| 1320 Petroleum Parkway<br>Broussard, LA 70518 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 |  | 06/24/2010 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | Labor | RECEPTACLES IN SERVER ROOM | 0.00 | 0.00 |
| 1 | Labor | RECEPTACLE IN CONFERENCE ROOM UNDER CONFERENCE TABLE | 0.00 | 0.00 |
| 1 | Labor | DATA BOX UNDER CONFERENCE TABLE | 0.00 | 0.00 |
| 2 | Labor | RECEPTACLES AND 1 CIRCUIT FOR PRINTER/FAX MACHINE IN UPSTAIRS | 0.00 | 0.00 |
| 6 | Labor | HIGH BAY FLUORESCENT LIGHTS IN SHIP AREA | 0.00 | 0.00 |
| 1 | Labor | BOX CAT 5E DATA CABLE | 0.00 | 0.00 |
| 1 | Labor | TOTAL LABOR | 2,874.19 | 2,874.19 |

**Total**  $2,874.19