

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

ENTERED
06/29/2011

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc., et. al, | § | Case No.:  11-20089 |
| | § | |
| Debtors. | § | Jointly Administered |

**AGREED ORDER ADJOURNING HEARING ON (i) EMERGENCY MOTION OF
THE EQUITY COMMITTEE FOR ENTRY OF AN ORDER GRANTING STANDING
AND AUTHORITY TO PROSECUTE AND, IF APPROPRIATE, SETTLE CAUSES
OF ACTION ON BEHALF OF THE DEBTORS' ESTATES [DOC.#754], (ii) PRIDE
INTERNATIONAL, INC.'S (A) OBJECTION TO THE EQUITY COMMITTEE'S
RULE 2004 EXAMINATIOIN NOTICE [DOC. # 758] AND (B) MOTION FOR
PROTECTIVE ORDER [DOC.#784], (iii) PRIDE INTERNATIONAL INC.'S
EMERGENCY MOTION FOR ENTRY OF SCHEDULING ORDER REGARDING
PROOFS OF CLAIM NOS. 371 AND 368 AND THE SEAHAWK COUNTERCLAIMS
(DOC.# 836),  (iv) EMERGENCY MOTION FOR SCHEDULING ORDER AND FOR
ADJUDICATION OF CLAIM FILED BY BLAKE INTERNATIONAL USA RIGS, LLC
AND BLAKE PLATFORM RIGS, S. DE R.L. DE C.V. (DOC.# 844), (v) DEBTORS'
EMERGENCY (A) MOTION TO QUASH PRIDE INTERNATIONAL, INC.'S REQUEST
FOR PRODUCTION OF DOCUMENTS FROM THE DEBTORS; (B) MOTION FOR
PROTECTIVE ORDER; AND (C) OBJECTIONS PURSUANT TO FEDERAL RULES
OF BANKRUPTCY PROCEDURE 2004 AND 7026 AND LOCAL RULES OF
BANKRUPTCY PROCEDURE 2004-1 AND 9013-1 (DOC.# 862), AND (vi) THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' EMERGENCY
MOTION FOR A PROTECTIVE ORDER LIMITING PRIDE INTERNATIONAL INC.'S
<u>IMPROPER RULE 2004 NOTICE TO THE EQUITY COMMITTEE (DOC. #874)</u>**

By agreement of the Debtors, the Official Committee of Equity Security Holders, the

Official Committee of Unsecured Creditors, Blake International USA Rigs, LLC and Blake

Platform Rigs, S. de R.L. de C.V., and Pride International, Inc., it is hereby,

ORDERED that, the hearings on *Emergency Motion of the Equity Committee for Entry of*

*an Order Granting Standing and Authority to Prosecute and, if Appropriate, Settle Causes of*

*Action on Behalf of the Debtors' Estates* **[Doc.#754],** *Pride International, Inc.'s (a) Objection to*

*the Equity Committee's Rule 2004 Examination Notice [Doc. No. 758] and (b) Motion for*

*Protective Order* **[Doc.#784]**, *Pride International, Inc.'s Emergency Motion for Entry of*

{00317252-4}

*Scheduling Order Regarding Proofs of Claim Nos. 371 and 368 and the Seahawk Counterclaims* **[Doc.# 836],** *Emergency Motion for Scheduling Order and for Adjudication of Claim Filed by Blake International USA Rigs, LLC and Blake Platform Rigs, S. de R.L. de C.V.* **[Doc.# 844]**, *Debtors' Emergency Motion (A) to Quash Pride International, Inc.'s Request for Production of Documents from the Debtors; (B) Motion for Protective Order; and (C) Objections Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 7026 and Local Rules of Bankruptcy Procedure 2004-1 and 9013-1* **[Doc.# 862]**, *The Official Committee of Equity Security Holders' Emergency Motion for a Protective Order Limiting Pride International Inc.'s Improper Rule 2004 Notice to the Equity Committee* **[Doc.#874]** (collectively, the "Motions"), previously set for June 28, 2011, are hereby reset to **Thursday, July 7, 2011 at 3:00 p.m. Central Time**, 1133 N. Shoreline Blvd, 2nd Floor, Corpus Christi, Texas; and

ORDERED that the Debtors and Official Committee of Equity Security Holders shall not be required to produce documents or respond to the discovery requests of Pride International, Inc., pending the rescheduled hearings on the motions reflected in Docket Nos. 862 and 874 provided  that nothing herein prohibits a party from voluntarily producing documents prior to the hearing on July 7**.**

Dated: _____     June 29, 2011

_____
RICHARD SCHMIDT,
UNITED STATES BANKRUPTCY JUDGE

AGREED:

**FULBRIGHT & JAWORSKI L.L.P.**

*/s/Johnathan C. Bolton*
Berry D. Spears
Johnathan C. Bolton
1301 McKinney, Suite 4100
Houston, Texas 77010-3095
Telephone: 713/651-5151
Telecopier: 713/651-5246
bspears@fulbright.com
jbolton@fulbright.com

and

**JORDAN, HYDEN, WOMBLE,
CULBRETH & HOLZER P.C.**
Shelby A. Jordan
Nathaniel Peter Holzer
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401-0341
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
sjordan@jhwclaw.com
pholzer@jhwclaw.com

**COUNSEL TO THE DEBTORS IN POSSESSION**

and

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ David F. Staber*
David F. Staber
Charles R. Gibbs
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201-4675
Telephone:  214.969.2800
Facsimile:  214.969.4343
dstaber@akingump.com
cgibbs@akingump.com

**COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

and

**HELLER DRAPER HAYDEN PATRICK & HORN, L.L.C.**

*/s/ Tristan E. Manthey*
Tristan E Manthey (Pro Hac Vice)
William H. Patrick, III (Pro Hac Vice)
650 Poydras St., Ste 2500
New Orleans, LA 70130
504-299-3300
Fax : 504-299-3399
tmanthey@hellerdraper.com
wpatrick@hellerdraper.com

**COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

and


**KINGSMILL RIESS, L.L.C.**

*/s/ Marguerite K. Kindsmill*
Marguerite K. Kingsmill (TX Bar No. 00788902)
Christy R. Bergeron (TX Bar No. 24044582)
John V. Nguyen (LA Bar No. 30651)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310

**COUNSEL FOR BLAKE INTERNATIONAL USA RIGS, LLC/
BLAKE PLATFORM RIGS, S. DE R.L. DE C.V.**

and

**BAKER BOTTS  L.L.P.**

*/s/James R. Prince*

Jack L. Kinzie
State Bar No. 11492130
James R. Prince
State Bar No. 00784791
J. Kemp Sawers
State Bar No. 00788358
2001 Ross Avenue
Dallas, Texas 75201
Telephone: 214.953.6500
Telecopier: 214.661.4719
jack.kinzie@bakerbotts.com
jim.prince@bakerbotts.com
kemp.sawers@bakerbotts.com

**COUNSEL TO PRIDE INTERNATIONAL, INC.**