UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Seahawk Drilling, Inc., *et al.*, | § § | Case No.: 11-20089-RSS |
| Debtors. | § § § | Jointly Administered |

NOTICE OF (1) AGENDA AND (2) PROCEDURES FOR TELEPHONIC
APPEARANCES AT HEARINGS SCHEDULED ON
THURSDAY, JULY 7, 2011 AT 3:00 P.M.

PLEASE TAKE NOTICE that any person desiring to appear via telephone at the hearing scheduled for **Thursday, July 7, 2011 at 3:00 p.m. Central Time** should Contact CourtCall at (866) 582-6878 the day before the hearing. CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking. Each time you speak, you must identify yourself for the record. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall.

AGENDA

1. ***Dkt. No. 755* - Disclosure Statement Accompanying the Joint Plan of Reorganization for the Debtors and Debtors-in-Possession Under Chapter 11 of the Bankruptcy Code**

   Responses Received:

   A. Crescent's Crown Greenway Objection [Dkt. No. 921]

   Replies Received: None

   Related Documents/Pleadings:

90489707.1

- 1 -

    A.    Joint Plan of Reorganization [Dkt. No. 756]

    B.    Certificate of Service [Dkt. No. 766]

    C.    Order and Notice for Hearing [Dkt. No. 781]

    D.    BNC Certificate of Mailing [Dkt. No. 788]

    E.    Certificate of Service on Dkt. 781 [Dkt No. 791]

    F.    Supplemental Certificate of Service [Dkt No. 801]

    G.    Supplemental Certificate of Service [Dkt. No. 831]

    H.    Supplemental Certificate of Service [Dkt. No. 866]

    I.    Proposed Order Resetting Hearing [Dkt. No. 887]

    J.    Agreed Order Resetting Hearing [Dkt. No. 891]

    K.    BNC Certificate of Mailing [Dkt. No. 901]

    L.    Certificate of Service [Dkt. No. 906]

    M.    Supplemental Certificate of Service [Dkt. No. 908]

    N.    Supplemental Certificate of Service [Dkt. No. 933]

Status:  This matter is going forward.

2. ***Dkt. No. 932* - Debtors' Emergency Motion for Entry of an Order (I) Approving the Disclosure Statement Accompanying the Joint Plan of Reorganization for the Debtors and Debtors-in-Possession Under Chapter 11 of the Bankruptcy Code; (II) Approving Form of Ballots and Proposed Solicitation and Tabulation Procedures for the Joint Plan of Reorganization for the Debtors and Debtors-in-Possession Under Chapter 11 of the Bankruptcy Code; (III) Prescribing the Form and Manner of Notice Thereof; (IV) Establishing Procedures for (A) Voting in Connection with the Plan Confirmation Process and (B) Temporary Allowance of Claims Related Thereto; (V) Establishing Deadline for Filing Objections to the Joint Plan of Reorganization of the Debtors and Debtors-in-Possession Under Chapter 11 of the Bankruptcy Code; and (VI) Scheduling a Hearing to Consider Confirmation of the Joint Plan of Reorganization for the Debtors and Debtors-in-Possession Under Chapter 11 of the Bankruptcy Code***

Responses Received: None

Replies Received: None

Related Documents/Pleadings:

  A. Order Setting Hearing [Dkt. No. 941]

Status:  This matter is going forward.

3. *Dkt. No. 754* – **Emergency Motion of the Equity Committee for Entry of an Order Granting Standing and Authority to Prosecute and, if Appropriate, Settle Causes of Action on Behalf of the Debtors' Estates**

  Responses Received:

    A. Debtor's Response to Emergency Motion [Dkt. No. 805]

    B. Pride International's Response to Emergency Motion [Dkt. No. 806].

  Replies Received: None

  Related Documents/Pleadings:

    A. Order Setting Hearing [Dkt. No. 757]

    B. Order Setting Hearing [Dkt. No. 765]

    C. Certificate of Service [Dkt. No. 772]

    D. BNC Certificate of Service [Dkt. No. 775]

    E. Proposed Order [Dkt. No. 903]

    F. Agreed Order Resetting Hearing [Dkt. No. 916]

    G. BNC Certificate of Mailing [Dkt. No. 935]

  Status:  This matter is going forward as a status conference.

4. *Dkt. No. 784* – **Pride International, Inc.'s (a) Objection to the Equity Committee's Rule 2004 Examination Notice [Doc. No. 758] and (b) Motion for Protective Order**

  Responses Received:

    A. Equity Committee's Response [Dkt. No. 803]

    B. Notice of Substitute Exhibit A to the Equity Committee's Response [Dkt. No. 804]

  Replies Received: None

Related Documents/Pleadings:

    A.    Notice of the Official Committee of Equity Security Holders's 2004 Examination and Request for Production of Documents from Pride International, Inc. [Dkt. No. 758]

    B.    Certificate of Service of Notice [Dkt. No. 772]

    C.    Order Setting Hearing [Dkt. No. 789]

    D.    Certificate of Service [Dkt. No. 790]

    E.    BNC Certificate of Mailing [Dkt. No. 798]

    F.    Certificate of Service of Dkt. 803 & 804 [Dkt. No. 816]

    G.    Proposed Order Resetting Hearing [Dkt. No. 903]

    H.    Agreed Order Resetting Hearing [Dkt. No. 916]

    I.    BNC Certificate of Mailing [Dkt. No. 935]

Status:  This matter is going forward.

**5.**    *Dkt. No. 836* **– Pride International, Inc.'s Emergency Motion for Entry of Scheduling Order Regarding Proofs of Claim Nos. 371 and 368 and the Seahawk Counterclaims**

Responses Received:

    A.    Response by the Debtors [Dkt. No. 863]

Replies Received: None

Related Documents/Pleadings:

    A.    Proposed Order Setting Hearing [Dkt. No. 838]

    B.    Order Setting Hearing [Dkt. No. 843]

    C.    BNC Certificate of Mailing [Dkt. No. 846]

    D.    Certificate of Service [Dkt. No. 865]

    E.    Order Setting Hearing [Dkt. No. 869]

    F.    BNC Certificate of Mailing [Dkt. No. 894]

    G.    Proposed Order Resetting Hearing [Dkt. No. 903]

        H.      Agreed Order Resetting Hearing [Dkt. No. 916]

        I.      BNC Certificate of Mailing [Dkt. No. 935]

Status:  This matter is going forward.

6. *Dkt. No. 844* – **Emergency Motion for Scheduling Order and for Adjudication of Claim Filed by Creditors Blake International USA Rigs, LLC, Blake Platform Rigs, S. de R.L. de C.V.**

   Responses Received:

       A.      Debtors' Response [Dkt. No. 931]

   Replies Received: None

   Related Documents/Pleadings:

       A.      Order Setting Hearing [Dkt. No. 850]

       B.      BNC Certificate of Mailing [Dkt. No. 879]

       C.      Proposed Order Resetting Hearing [Dkt. No. 903]

       D.      Agreed Order Resetting Hearing [Dkt. No. 916]

       E.      BNC Certificate of Mailing [Dkt. No. 935]

   Status:  This matter is going forward.

7. *Dkt. No. 862* – **Emergency Motion (A) to Quash Pride International, Inc.'s Request for Production of Documents from the Debtors; (B) Motion for Protective Order; and (C) Objections Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 7026 and Local Rules of Bankruptcy Procedure 2004-1 and 9013-1 Filed by Debtor In Possession Seahawk Drilling, Inc.**

   Responses Received: None

   Replies Received: None

   Related Documents/Pleadings:

       A.      Certificate of Service [Dkt. No. 865]

       B.      Order Setting Hearing [Dkt. No. 873]

       C.      Certificate of Service [Dkt. No. 884]

        D.      BNC Certificate of Mailing [Dkt. No. 898]

        E.      Proposed Order Resetting Hearing [Dkt. No. 903]

        F.      Agreed Order Resetting Hearing [Dkt. No. 916]

        G.      BNC Certificate of Mailing [Dkt. No. 935]

Status:  This matter is going forward.

8. ***Dkt. No. 874* – Emergency Motion for a Protective Order Limiting Pride International Inc.'s Improper Rule 2004 Notice to the Equity Committee Filed by Interested Party Official Committee of Equity Security Holders**

Responses Received: None

Replies Received: None

Related Documents/Pleadings:

        A.      Order Setting Hearing [Dkt. No. 881]

        B.      Certificate of Service [Dkt. No. 883]

        C.      BNC Certificate of Mailing [Dkt. No. 899]

        D.      Proposed Order Resetting Hearing [Dkt. No. 903]

        E.      Agreed Order Resetting Hearing [Dkt. No. 916]

        F.      BNC Certificate of Mailing [Dkt. No. 935]

Status:  This matter is going forward.

9. ***Dkt. No. 920* - Emergency Application Pursuant to Bankruptcy Code Section 1103 for an Order Authorizing the Employment and Retention of Sanchez Devanny Eseverri, S.C. as Special Counsel**

Responses Received: None

Replies Received: None

Related Documents/Pleadings:

        A.      Certificate of Service [Dkt. No. 925]

        B.      Order Setting Hearing [Dkt. No. 928]

        C.      BNC Certificate of Mailing [Dkt. No. 937]

Status:  This matter is going forward.

**10.    *Dkt. No. 930 -*  Debtors' Emergency Motion for Order Approving Stipulation and Agreed Order Regarding the Ratification and Assumption of the Debtors' Sublease Agreement with POGO Producing Company LLC**

Responses Received: None

Replies Received: None

Related Documents/Pleadings:

      A.    Order Setting Hearing [Dkt. No. 940]

Status:  This matter is going forward.

Dated: July 6, 2011.

Respectfully submitted,

**FULBRIGHT & JAWORSKI L.L.P.**

By: /s/ *Johnathan C. Bolton*
    Berry D. Spears
    State Bar No. 18893300
    Johnathan C. Bolton
    State Bar No. 24025260
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713/651-5151
Telecopier: 713/651-5246
bspears@fulbright.com
jbolton@fulbright.com

and

**JORDAN, HYDEN, WOMBLE,**
**CULBRETH & HOLZER P.C.**
Shelby A. Jordan
State Bar No. 11016700
Nathaniel Peter Holzer
State Bar No. 00793971
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401-0341
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
sjordan@jhwclaw.com
pholzer@jhwclaw.com

**ATTORNEYS FOR DEBTORS AND**
**DEBTORS-IN-POSSESSION**