

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

**ENTERED**
**08/09/2011**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seahawk Drilling, Inc., *et al.*, | § | Case No.: 11-20089-RSS |
| | § | |
| Debtors. | § | Jointly Administered |

## ORDER GRANTING DEBTORS' EXPEDITED MOTION FOR AN ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVITY PERIOD FOR THE DEBTORS TO SOLICIT ACCEPTANCES OF THEIR CHAPTER 11 PLAN

Upon consideration of the Debtors' Expedited Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code extending the Exclusivity Period for the Debtors to Solicit Acceptances of their Chapter 11 Plan (the "**Motion**")[1]; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 & 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and upon the record of all the proceedings had before the Court; and objections to the Motion, if any, having been withdrawn or denied on the merits; and this Court having determined that the relief sought in the Motion is in the best interest of the Debtors, their creditors, and all parties–in–interest in these jointly administered cases; and this Court having determined that the legal and factual bases set forth in the Motion established just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefore, IT IS HEREBY

ORDERED that the relief requested in the Motion is herby granted; and it is further

ORDERED that, pursuant to section 1121(d)(1) of the Bankruptcy Code, the Debtors' 180–

---

[1] Capitalized terms not defined in this Order shall have the meaning set forth in the Motion.

day period for soliciting acceptance of the Debtors' Plan is extended up to and through the conclusion of the Confirmation Hearing; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors seeking any additional extensions of the periods provided in section 1121 of the Bankruptcy Code; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: August 9, 2011

_____
UNITED STATES BANKRUPTCY JUDGE