**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEAHAWK DRILLING, INC., *et al.*, | § | Case No. 11-20089 |
| | § | |
| Debtors. | § | Jointly Administered |

**STIPULATION OF WITHDRAWAL**

It is hereby stipulated and agreed by and between Eugene Davis, in his capacity as Liquidating Trustee (the "Liquidating Trustee") for the Seahawk Drilling Liquidating Trust (the "Liquidating Trust"), and Rimini Street, Inc. ("Rimini"):

### I.      RECITALS

a)      WHEREAS, the Court confirmed the Debtors' *First Amended Joint Plan of Reorganization of the Debtors and Debtors-in-Possession Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 1458] (the "Plan"), and on October 4, 2011, the Plan went effective.

b)      WHEREAS, pursuant to the Seahawk Liquidating Trust Agreement, which is incorporated by reference in the Plan, Eugene Davis was appointed as Liquidating Trustee of the Liquidating Trust.

c)      WHEREAS, on September 30, 2011, Rimini filed the *Request for Payment of Administrative Expense Claim* [Dkt. No. 1495] (the "Administrative Claim") in these chapter 11 cases seeking an administrative expense payment in the amount of $20,000.

### II.     STIPULATION

**NOW THEREFORE, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:**

1.      Rimini agrees to withdraw the Administrative Claim for all purposes in these chapter 11 cases and the same shall be deemed withdrawn upon entry of this Stipulation.

101766608 v1

2. This Court shall have jurisdiction over any action or proceeding arising out of, or relating to, this Stipulation.

Dated: October 20, 2011

| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **MURRAY & MURRAY** |
| By: /s/ *Michael Haynes* <br>Charles R. Gibbs (SBN 07846300; Fed ID 177) <br>Michael P. Cooley (TX Bar No. 24034388) <br>1700 Pacific Avenue, Suite 4100 <br>Dallas, Texas  75201 <br>Telephone: 214.969.2800 <br>Facsimile: 214.969.4343 | By: /s/ *Rachel Ragni Larrenaga* <br>John Walshe Murray (CA Bar No. 074823) <br>Rachel Ragni Larrenaga (CA Bar No. 241061) <br>19400 Stevens Creek Blvd., Suite 200 <br>Cupertino, CA  95014-2548 <br>Telephone:  (650) 852-9000 <br>Facsimile:  (650) 852-9244 |
| -and- | **ATTORNEYS FOR RIMINI STREET, INC.** |
| David H. Botter (admitted pro hac vice) <br>One Bryant Park <br>New York, New York  10036 <br>Telephone: 212.872.1000 <br>Facsimile: 212.872.1002 | |

**COUNSEL FOR EUGENE DAVIS IN HIS CAPACITY AS LIQUIDATING TRUSTEE TO THE SEAHAWK DRILLING LIQUIDATING TRUST**